FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

2020 JUN 17  PM 5: 52

DISTRICT COURT
DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

CHRISTINA LYNN CATALANO
JOSEPH SAMUEL CATALANO

CASE NO.  5:20-cr-*40-0c-28PRL*
18 U.S.C. § 1040
18 U.S.C. § 1001

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Between on or about September 15, 2017, and November 20, 2017, in

the Middle District of Florida, and elsewhere, the defendant,

**CHRISTINA LYNN CATALANO,**

knowingly made a materially false, fictitious, and fraudulent statement and

representation, in any matter involving any benefit authorized, transported,

transmitted, transferred, disbursed, and paid, in and affecting interstate

commerce, said benefit being a record, voucher, payment, money, and thing

of value of the United States and of the Federal Emergency Management

Agency (FEMA), a department and agency of the United States, in connection

with a major disaster declaration under Title 42 of the United States Code, in

that the defendant made a fraudulent application for assistance from FEMA's

Individuals and Households Program for Hurricane Irma in which the

defendant falsely represented the existence and location of her primary

residence.

In violation of 18 U.S.C. § 1040.

## COUNT TWO

On or about January 31, 2020, in the Middle District of Florida, and

elsewhere, the defendants,

**CHRISTINA LYNN CATALANO,**
and
**JOSEPH SAMUEL CATALANO,**

did knowingly and willfully make a materially false, fictitious, and fraudulent

statement and representation in a matter within the jurisdiction of the

Executive Branch of the Government of the United States by making false

statements to an agent of the U.S. Department of Homeland Security, Office

of Inspector General, that CHRISTINA LYNN CATALANO lived in a travel

trailer that was destroyed by Hurricane Irma.   The statements and

representations were false because, as CHRISTINA LYNN CATALANO and

JOSEPH SAMUEL CATALANO then and there knew, there was no such

2

travel trailer and the alleged damage from Hurricane Irma was fabricated in order to defraud the Government.

In violation of 18 U.S.C. § 1001(a)(2).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Michael P. Felicetta
Assistant United States Attorney

By: _____
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

FORM OBD-34

June 20

No. 19-2-104

## UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

CHRISTINA LYNN CATALANO, et.al.

### INDICTMENT

Violations:   18 U.S.C. § 1040
              18 U.S.C. § 1001

A true bill,

_____
Foreperson

Filed in open court this 17th day

of June, 2020.

_____
Clerk

Bail $_____

GPO 863 525