# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**UNITED STATES OF AMERICA**

v   CASE NO: 5:20-cr-40-Oc-28PRL

AUSA: Mike Felicetta

**CHRISTINA LYNN CATALANO (#1)**   Deft. Atty.: Christine Bird (FPD)
**JOSEPH SAMUEL CATALANO (#2)**   Deft. Atty.: Michael Nielsen (CJA)

| JUDGE | Philip R. Lammens | DATE AND TIME | September 9, 2020<br>11:53 am - 12:24 pm<br>31 minutes |
|---|---|---|---|
| DEPUTY CLERK | Mari Jo Taylor | TAPE/REPORTER | DIGITAL |
| INTERPRETER | Not Required | PRETRIAL/PROBATION: | Megan Martin |

## CLERK'S MINUTES – INITIAL APPEARANCE AND ARRAIGNMENT

**INITIAL APPEARANCE**
Both Defendants voluntarily surrendered.

Both Defendants advised of rights, charges, penalties, etc.

Defendant #1: Christina Catalano requests court-appointed counsel. Based on the financial affidavit completed by defendant and/or a financial inquiry, the Court appoints Christine Bird, Asst. Federal Public Defender with reimbursement upon filing by U.S. Attorney. **ORDER TO ENTER.**

Defendant #2: Joseph Catalano requests court-appointed counsel. Based on the financial affidavit completed by defendant and/or a financial inquiry, the Court appoints Michael Nielsen, Criminal Justice Act Attorney with reimbursement upon filing by U.S. Attorney. **ORDER TO ENTER.**

**ARRAIGNMENT**
Both Defendants waive formal reading of the Indictment.

Defendant #1: Christina Catalano: Not guilty plea entered as to Counts One & Two of the Indictment.

Defendant #2: Joseph Catalano: Not guilty plea entered as to Count Two of the Indictment.

Trial set for the term commencing November 2, 2020 with the Status Conference on October 23, 2020 at 10:00 a.m. before the Honorable John Antoon, II. **CRIMINAL SCHEDULING ORDER TO ENTER.**

Government seeking release with bond conditions.

Defendant #1: Christina Catalano advises no opposition to the conditions.

Defendant #2: Joseph Catalano requests to not have to report to the Pretrial Officer but would abide by the conditions imposed.

**ORDER SETTING CONDITIONS OF RELEASE TO ENTER**.

**FILED IN OPEN COURT**:
(2) Financial Affidavits