AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| CHRISTINA LYNN CATALANO | ) Case No. 5:20-cr-40-Oc-28PRL |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   CHRISTINA LYNN CATALANO                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count One - Disaster Assistance Fraud (18 U.S.C. § 1040)

Count Two - False Statements (18 U.S.C. § 1001)

Date:   06/18/2020

*Issuing officer's signature*

City and state:   Orlando, Florida        ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 09/09/20, and the person was arrested on *(date)* 09/09/20
at *(city and state)* Ocala, FL.

Date: 09/09/20

*Arresting officer's signature*

Scott Burnett, Special Agent
*Printed name and title*