AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| JOSEPH SAMUEL CATALANO | ) Case No. 5:20-cr-40-Oc-28PRL |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JOSEPH SAMUEL CATALANO,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count One - False Statements (18 U.S.C. § 1001)


Date: 06/18/2020

_____
*Issuing officer's signature*

City and state: Orlando, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* June 18, 2020, and the person was arrested on *(date)* September 9, 2020
at *(city and state)* Ocala, FL

Date: September 9, 2020

_____
*Arresting officer's signature*

S. Louis Billyer, DHS OIG
*Printed name and title*