# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.                          Case No. 5:20-cr-40-Oc-28PRL

**CHRISTINA LYNN CATALANO,**

        **Defendant.**
_____/

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender has been appointed by the Court to represent the Defendant, **Christina Lynn Catalano**, in the above-styled cause.

The Clerk is requested to enter the appearance of Mark Rosenblum, Assistant Federal Public Defender, as counsel for the Defendant. Mark Rosenblum shall be substituted for Assistant Federal Public Defender Christine Bird, the previous counsel assigned to the case. All further notices and correspondence should be directed to Mark Rosenblum.

DATED this 10th day of September, 2020.

                                          James T. Skuthan
                                          Acting Federal Defender

                                          s/ *Mark Rosenblum*
                                          Mark Rosenblum
                                          Florida Bar No. 0289175
                                          Assistant Federal Defender
                                          200 West Forsyth Street, Suite 1240
                                          Jacksonville, Florida 32202
                                          Telephone: 904-232-3039
                                          Fax: 904-232-1937
                                          E-Mail: mark_rosenblum@fd.org
                                          Attorney for defendant

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on September 10, 2020, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

               s/ *Mark Rosenblum*
                Assistant Federal Defender