UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA           CASE NO.: 5:20-CR-40-JA-PRL

v.

JOSEPH CATALANO,
_____/

### DEFENDANT'S WAIVER OF SPEEDY TRIAL RIGHT THROUGH JANUARY 31, 2021

**COMES NOW** the Defendant, JOSEPH CATALANO, by and through undersigned counsel, hereby files in writing the Defendants waiver of speedy trial through January 31, 2021 and acknowledges so by signing this document.

_____              _____
JOSEPH CATALANO                                MICHAEL W. NIELSEN, ESQUIRE

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October __1__ 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: United States Attorneys Office, further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following: none.

/s/ Michael W. Nielsen, Esquire
_____
MICHAEL W. NIELSEN, ESQUIRE
NIELSEN LAW FIRM
720 West State Road 434
Winter Springs, Florida 32708
(407)327-5865 [FAX(407)327-0384]
Attorney for Defendant
Florida Bar No.: 0794392
nielsenlaw@cfl.rr.com