UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  Case No. 5:20-cr-40-Oc-28PRL

CHRISTINA LYNN CATALANO,

    Defendant.
_____/

## WAIVER OF SPEEDY TRIAL

After consultation with undersigned counsel, the Defendant, Christina Lynn Catalano, hereby voluntarily and knowingly waives her right to a speedy trial under 18 U.S.C. § 3161, *et. seq.*, and the Sixth Amendment of the United States Constitution. This is a waiver of speedy trial through December 31, 2020.

Dated: 9/30/2020

Christina Lynn Catalano, defendant

Dated: 10/2/20

Mark Rosenblum
Florida Bar No. 0289175
Assistant Federal Defender
200 West Forsyth Street, Suite 1240
Jacksonville, Florida 32202
Telephone: 904-232-3039
Fax: 904-232-1937
E-Mail: mark_rosenblum@fd.org