**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA**

**VS.**  CASE NO: 5:20-cr-40-Oc-28PRL

**CHRISTINA LYNN CATALANO** and
**JOSEPH SAMUEL CATALANO**

### ORDER

This cause came before the Court on Defendants' Joint and Unopposed Motion to Extend Motion Filing Date and Continue Trial and Status Conference (Doc. No. 28, filed September 28, 2020). The case is currently scheduled for the November 2020 trial term. The Court granted the deadline extension for filing motions through October 16, 2020 (Doc. No. 29, filed September 29, 2020). Defendants have filed their written Waivers of Speedy Trial (Doc. No. 30 and 31).

Upon consideration, the ends of justice served by granting a continuance outweigh the interests of the public and Defendants in a speedy trial because the Court finds that a continuance to allow counsel time to review discovery, investigate the case and determine if any motions need to be filed is warranted. See 18 U.S.C. § 3161(h).

Upon consideration, it is **ORDERED** that the Joint and Unopposed Motion to Continue Trial and Status Conference (Doc. No. 28) is **GRANTED**. The case is continued to the trial term which commences on December 1, 2020. The case is also set for a status conference on November 20, 2020. Defendants presence are not required at the status conference.

**DONE** and **ORDERED** in Orlando, Florida on October 2, 2020.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendants