# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

---

**UNITED STATES OF AMERICA**

v                                                                                       Case No. 5:20-cr-40-Oc-28PRL - 1

**CHRISTINA LYNN CATALANO**                                  **AUSA:** William S. Hamilton
                                                                                        for Michael P. Felicetta
                                                                **Def. Atty.:** Christine Nan Bird (FPD)
                                                                                        for Mark Rosenblum (FPD)

---

| JUDGE | Philip R. Lammens | DATE AND TIME | October 8, 2020<br>02:28 pm - 02:51 pm<br>23 minutes |
|---|---|---|---|
| DEPUTY CLERK | Melanie L. Sanders | TAPE/REPORTER | DIGITAL |
| INTERPRETER | None Required | PRETRIAL | Bryan Coomer |

## CLERK'S MINUTES – SHOW CAUSE HEARING ON VIOLATIONS OF PRETRIAL RELEASE

Defendant arrested on a Petition for Action on Conditions of Pretrial Release (Doc. 35).

Court advises the defendant of the violation alleged in the Petition.

Defense Counsel addresses the court. The defendant admits the violation.

Government orally moves to revoke defendant's pretrial release and presents argument of the same.

Defense counsel responds with argument in support of the defendant remaining on bond with modifications to the Order Setting Conditions of Release (doc. 12).

Comments by Pretrial Services Officer

Court DENIES Government's *ore tenus* motion for revocation and GRANTS defendant's *ore tenus* motion for modification of conditions to the Order Setting Conditions of Release.

**ORDER TO ENTER.**