UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**UNITED STATES OF AMERICA**

v.

Case No.:   5:20-cr-40-Oc-28PRL

**CHRISTINA LYNN CATALANO**

_____

**ORDER**

This case came before the Court on October 8, 2020 after an arrest of the defendant on a warrant issued by the Court on the Petition for Action on Conditions of Pretrial Release (Doc. 35).

At the hearing, the Court advised the defendant of the charge in the Petition and the defendant admitted the violation. The Government made an *ore tenus* motion to revoke the defendant's bond. Defense counsel made an *ore tenus* motion to modify defendant's Order Setting Conditions of Release (Doc. 12).

Upon due consideration, and for the reasons discussed at the hearing, Government's *ore tenus* motion to revoke defendant's conditions of release is **DENIED**. The defendant's *ore tenus* motion to modify the Order Setting Conditions of Release is **GRANTED**. Defendant's Order Setting Conditions of Release (Doc. 12) is hereby modified to provide that defendant shall participate in home detention and comply with all restrictions and requirements as directed. The defendant is restricted to her residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as approved in advance by the pretrial services office or supervising officer. Further, the defendant must submit to location monitoring as

directed by the Pretrial Services Office or supervising officer and comply with all of the program requirements and instructions provided. The defendant must pay all or part of the cost of the program based on her ability to pay as determined by the Pretrial Services Office or supervising officer. All other conditions of release not modified herein remain in full force and effect.

**IT IS SO ORDERED.**

**DONE AND ORDERED** in Ocala, Florida, on October 8, 2020.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

United States Attorney
United States Pretrial Services
Counsel for Defendant
Defendant