**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**Case No. 5:20-cr-40-Oc-28PRL**

**CHRISTINA LYNN CATALANO**
_____/

**DEFENDANTS' UNOPPOSED MOTION**
**TO AMEND BOND CONDITIONS**

Christina Lynn Catalano, through counsel, moves for an amendment of her conditions of bond, based on the following considerations:

1. On October 8, 2020, following a hearing to determine whether bond should be revoked, the Court entered an order setting more restrictive conditions of bond. The order states: "The defendant is restricted to her residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as approved in advance by the pretrial services office or supervising officer." Doc. 40.

2. It is Ms. Catalano's request that the Court amend her bond conditions to allow her to go to the grocery story two times per week for a

1

reasonable period of time and to go outside, into her backyard, for two hours per day.

3. Prior to filing this motion Ms. Catalano's counsel discussed this request with her Pretrial Services Officer, Nathan Dodson. Mr. Dodson indicated that because of the order entered on October 8, 2020, adjudication of Ms. Catalano's request should come through the Court. Mr. Dodson indicated that Ms. Catalano has submitted two negative drug tests since the order was entered and she has been in substantial compliance with her bond conditions.

4. Assistant U.S. Attorney Michael Felicetta is unopposed to this motion.

5. In the event the Court determines a hearing is necessary to decide this motion, it is requested that it be scheduled no earlier than the week of November 16, 2020, as Ms. Catalano's counsel will be out of the office the week of November 9, 2020.

Respectfully submitted,

James T. Skuthan
Acting Federal Defender


s/ *Mark Rosenblum*
Mark Rosenblum

2

>Florida Bar No. 0289175
>Assistant Federal Defender
>200 West Forsyth Street, Suite 1240
>Jacksonville, Florida 32202
>Telephone: 904-232-3039
>Fax: 904-232-1937
>E-Mail: mark_rosenblum@fd.org
>Attorney for defendant

## CERTIFICATE OF SERVICE

I certify that on November 6, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

>s/ *Mark Rosenblum*
>Assistant Federal Defender