**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**Case No. 5:20-cr-40-Oc-28PRL**

**CHRISTINA LYNN CATALANO**
_____/

**DEFENDANT'S MOTION TO CANCEL**
**STATUS HEARING, OR ALTERNATIVELY,**
**TO ALLOW COUNSEL TO APPEAR TELEPHONICALLY**

Christina Lynn Catalano, through counsel, moves that her November 20, 2020 status hearing be cancelled, or alternatively, that her counsel be allowed to appear telephonically, based on the following considerations:

1.      The status of this case is as follows: The matter is scheduled for a change of plea hearing before Judge Lammens on November 30, 2020 at 10:30 a.m. While no problems or issues are anticipated, should the plea fail to go through for any reason counsel will immediately file a motion to continue trial.

2.      With the status having been provided to the Court, it is suggested that it is unnecessary to hold a status hearing on November 20, 2020. It is therefore requested that the status hearing be cancelled.

1

3.     In the event the Court wants to go forward with the status hearing, it is requested that Ms. Catalano's counsel, who is headquartered in Jacksonville, be allowed to appear telephonically.

4.     A good faith effort was made to provide the government's position on this motion but the Assistant U.S. Attorney prosecuting Ms. Catalano's case, Michael Felicetta, is in trial and therefore unavailable. A colleague of Mr. Felicetta's was consulted to see if he could supply the government's position, but felt it was not his place to do so. Because the status hearing is scheduled three days from now, and because the relief being requested is not particularly dramatic or consequential, this motion is being filed without the United States' position. If the government's position becomes known before the Court rules on this motion it will be immediately supplied.

Respectfully submitted,

James T. Skuthan
Acting Federal Defender


s/ *Mark Rosenblum*
Mark Rosenblum
Florida Bar No. 0289175
Assistant Federal Defender
200 West Forsyth Street, Suite 1240
Jacksonville, Florida 32202

2

Telephone: 904-232-3039
Fax: 904-232-1937
E-Mail: mark_rosenblum@fd.org
Attorney for defendant

## CERTIFICATE OF SERVICE

I certify that on November 17, 2020, I electronically filed the foregoing

with the Clerk of Court by using the CM/ECF system, which will send notice

of electronic filing to all counsel of record.


s/ *Mark Rosenblum*
Assistant Federal Defender