## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**UNITED STATES OF AMERICA**

**v.**

                   **Case No. 5:20-cr-40-Oc-28PRL**

**CHRISTINA LYNN CATALANO**
_____/

### DEFENDANT'S SUPPLEMENT TO MOTION TO CANCEL STATUS HEARING, OR ALTERNATIVELY, TO ALLOW COUNSEL TO APPEAR TELEPHONICALLY

  Christina Lynn Catalano, through counsel, can now inform the Court that Assistant U.S. Attorney Michael Felicetta does not oppose the relief requested in the above-styled motion.

                Respectfully submitted,

                James T. Skuthan
                Acting Federal Defender

                s/ *Mark Rosenblum*
                Mark Rosenblum
                Florida Bar No. 0289175
                Assistant Federal Defender
                200 West Forsyth Street, Suite 1240
                Jacksonville, Florida 32202
                Telephone: 904-232-3039
                Fax: 904-232-1937

E-Mail: mark_rosenblum@fd.org
Attorney for defendant

## CERTIFICATE OF SERVICE

I certify that on November 17, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

s/ *Mark Rosenblum*
Assistant Federal Defender