UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA          CASE NO.: 5:20-CR-40-JA-PRL

V.

JOSEPH CATALANO,
_____/

## MOTION TO MODIFY CONDITIONS OF BOND

**COMES NOW** the Defendant, by and through undersigned counsel, hereby moves this Honorable Court to enter an order modifying bond, and alleges:

1. The Defendant is out of custody and supervised on pretrial release.

2. That the defense is requesting that a condition of the Defendants release be modified.

3. The Defendant has multiple medical issues which requires him to take prescription medications.

4. The Defendant has consented to have this information filed in this motion, despite his privacy rights.

5. The Defendant is taking doctor prescribed medication and that some of his medication is medically known to produce a false positive test for an illegal substance. To wit: false positive results for methamphetamine.

6. The following is a list of doctor prescribed medications the Defendant takes, as directed:

    A. Lisinopril

    B. Hydrochlorothiazide

    C. Trazadone

    D. Ropinirole HCl

    E. Aspirin

    F. Pepcid

7. That attached to this motion is some research that confirms the prescribed drugs trazadone and lisinopril can cause false positive test results when a person is drug tested.

8. That based upon the prescribed drugs the Defendant must take, and the real possibility of false positive tests, the defense is requesting the drug testing condition of the Defendants release be rescinded and all other conditions remain in effect.

9. The assistant United States Attorney is currently in trial and the defense did not get his position on this motion.

10. In addition to the medication the Defendant is advised by his doctor to drink water in large amounts.

## MEMORANDUM OF LAW

The Honorable Court has the authority to set conditions of bond. The Honorable Court has the authority to modify conditions of bond for good cause. The fact that the Defendant is on prescription medications that can result in a false positive during testing, is good cause to modify bond conditions.

WHEREFORE, the Defendant hereby moves this Honorable Court to enter an order as requested above.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 18, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: United States Attorney, further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following: none.

/s/ Michael W. Nielsen, Esquire

MICHAEL W. NIELSEN, ESQUIRE
NIELSEN LAW FIRM
720 West State Road 434
Winter Springs, Florida 32708
(407)327-5865 [FAX(407)327-0384]
Attorney for Defendant
Florida Bar No.: 0794392
nielsenlaw@cfl.rr.com

Catalano,Joseph | DOB: 12/08/1965 | Acc No: 116634 | Male

## Medication Info

- [ ] **Pepcid 20 MG 1 tablet at bedtime as needed Orally once a day**
  with no refill(s)
- [ ] **Aspirin 81 MG 1 tablet Orally once a day**
  with no refill(s)
- [ ] **Ropinirole HCl 1 MG 1 tablet 1 to 3 hours before bedtime Orally once a day 30 day(s)**
  #30 with no refill(s)
- [ ] **Trazodone HCl 50 MG 1 tablet at bedtime as needed Orally once a day 30 day(s)**
  #30 with no refill(s)
- [ ] **Hydrochlorothiazide 12.5 MG 1 capsule in the morning Orally once a day 30 day(s)**
  #30 with 2 refill(s)
- [ ] **Lisinopril 20 MG 1 tablet Orally once a day 30 day(s)**
  #30 with 2 refill(s)

View 1 - 6 of 6

Catalano,Joseph | DOB: 12/08/1965 | Acc No: 116634 | Male

Does Trazodone cause false positive?

**Trazodone** is another antidepressant used to treat depression. Taking it may result in a **false positive test** for LSD, amphetamine, or methamphetamine. Jun 9, 2020

# 8 medications that cause false positive drug tests

So, if you are like most people who don't take the time to study the fine print, here is a list of prescriptions and over-the-counter medications that could cause a false positive drug test.

## 1. Analgesics/ NSAIDS

The medication Daypro (oxaprozin), which is prescribed for types of arthritis, may result in a false positive test for benzodiazepines. The pain medication tramadol could trigger a false positive result for PCP. Common over-the-counter anti-inflammatory pain medications such as Advil (ibuprofen) and Aleve (naproxen) could make you test positive for barbiturates, THC (cannabinoids), or PCP.

## 2. Antibiotics

Quinolone antibiotics, such as Levaquin (levofloxacin) or Cipro (ciprofloxacin) are commonly prescribed for certain infections (urinary tract, sinus, etc.). They have been shown to trigger a false positive urine result for opiates. Rifampin, an antibiotic used to treat tuberculosis, can also lead to a false positive result for opiates.

## 3. Antidepressants

Antidepressants—such as Wellbutrin (bupropion), Prozac (fluoxetine), Seroquel (quetiapine), Effexor (venlafaxine), trazodone, and amitriptyline—could cause a false positive result for amphetamines or LSD.

Case 5:20-cr-00040-JA-PRL   Document 49   Filed 11/18/20   Page 7 of 10 PageID 115

11/9/2020    The Trazodone Metabolite meta-Chlorophenylpiperazine Can Cause False-Positive Urine Amphetamine Immunoassay Results

Article

# The Trazodone Metabolite meta-Chlorophenylpiperazine Can Cause False-Positive Urine Amphetamine Immunoassay Results

July 2011 Journal of analytical toxicology 35(6):364-8

DOI: 10.1093/anatox/35.6.364

Source: PubMed

Authors:

Jason M Baron

David A Griggs

Andrea L Nixon

William H Long

Show all 5 authors

Request full-text

Download citation

Citations (22)   References (11)

## Abstract

Amphetamines and methamphetamines are part of an important class of drugs included in most urine drugs of abuse screening panels, and a common assay to detect these drugs is the Amphetamines II immunoassay (Roche Diagnostics). To demonstrate that meta-chlorophenylpiperazine (m-CPP), a trazodone metabolite, cross-reacts in the Amphetamines II assay, we tested reference standards of m-CPP at various concentrations (200 to 20,000 g/L). We also tested real patient urine samples containing m-CPP (detected and quantified by HPLC) with no detectable amphetamine, methamphetamine, or MDMA (demonstrated by GC MS). In both the m-CPP standards and the patient urine samples, we found a strong association between m-CPP concentration and Amphetamines II immunoreactivity ($r = 0.990$ for the urine samples). Further, we found that patients taking trazodone can produce urine with sufficient m-CPP to result in false-positive Amphetamines II results. At our institution, false-positive amphetamine results occur not infrequently in patients taking trazodone with at least 8 trazodone-associated false-positive results during a single 26-day period. Laboratories should remain cognizant of this interference when interpreting results of this assay.

similarity in the structure of the parent medication or one of its metabolites to the tested drug.[2] The occurrence of false-positives is mostly affected by the type of immunoassay used and by the particular agent being tested.[2]

Table 2. Agents Causing Potential False-Positive Results With Urine Drug Screening

| Medication | AMP/MET | BAR | BZO | THC | LSD | MTD | OPI | PCP | TCA |
|---|---|---|---|---|---|---|---|---|---|
| Amitriptyline | | | | | X | | | | |
| Bupropion | X | | | | X | | | | |
| Buspirone | | | | | X | | | | |
| Carbamazepine | | | | | | | | | X |
| Cyclobenzaprine | | | | | | | | | X |
| Dextromethorphan | | | | | | | X | X | |
| Diltiazem | | | | | X | | | | |
| Diphenhydramine | | | | | | X | | X | |
| Doxylamine | | | | | | X | X | X | |
| Fentanyl | | | | | X | | | | |
| Fluoxetine | X | | | | X | | | | |
| Ibuprofen | | X | | X | | | | X | |
| Labetalol | X | | | | X | | | | |
| Lamotrigine | | | | | | | | X | |
| Metformin | X | | | | | | | | |
| Methylphenidate | X | | | | X | | | | |
| Metoclopramide | | | | | X | | | | |
| Naproxen | | X | | X | | | | | |
| Prochlorperazine | | | | | X | | | | |
| Promethazine | X | | | | | | | | |
| Pseudoephedrine | X | | | | | | | | |
| Quetiapine | | | | | | X | | | X |
| Quinolones* | | | | | | | X | | |
| Ranitidine | X | | | | | | | | |
| Risperidone | | | | | X | | | | |
| Sertraline | | | X | | X | | | | |
| Tramadol | | | | | | | | X | |
| Trazodone | X | | | | X | | | | |
| Venlafaxine | | | | | | | | X | |
| Verapamil | | | | | X | X | | | |

*False-positive amphetamine results have only been seen with ofloxacin.
AMP/MET: amphetamine/methamphetamine; BAR: barbiturate; BZO: benzodiazepine; LSD: lysergic acid diethylamide; MTD: methadone; OPI: opiate; PCP: phencyclidine; TCA: tricyclic antidepressant; THC: cannabinoid.
Source: References 1-4, 8, 9, 11-16.

When selecting therapeutic agents for high-risk patients, pharmacists should consider minimizing the use of drugs known to cause false-positive results, if possible. The selection of an appropriate therapeutic agent for a patient depends on numerous factors, such as the effectiveness and adverse-effect profile of the drug; therefore, minimizing the use of medications shown to cause false-positives must be weighed against clinical judgment in product selection. However, for patients undergoing frequent UDS testing, selecting an agent least

11/13/2020  The trazodone metabolite meta-chlorophenylpiperazine can cause false-positive urine amphetamine immunoassay results - PubMed

Case 5:20-cr-00040-JA-PRL   Document 49   Filed 11/18/20   Page 9 of 10 PageID 117

COVID-19 is an emerging, rapidly evolving situation.
Get the latest public health information from CDC: https://www.coronavirus.gov.
Get the latest research from NIH: https://www.nih.gov/coronavirus.
Find NCBI SARS-CoV-2 literature, sequence, and clinical content: https://www.ncbi.nlm.nih.gov/sars-cov-2/.

FULL TEXT LINKS

OXFORD
ACADEMIC

J Anal Toxicol. 2011 Jul;35(6):364-8. doi: 10.1093/anatox/35.6.364.

# The trazodone metabolite meta-chlorophenylpiperazine can cause false-positive urine amphetamine immunoassay results

Jason M Baron [1], David A Griggs, Andrea L Nixon, William H Long, James G Flood

Affiliations
PMID: 21740694   DOI: 10.1093/anatox/35.6.364

## Abstract

Amphetamines and methamphetamines are part of an important class of drugs included in most urine drugs of abuse screening panels, and a common assay to detect these drugs is the Amphetamines II immunoassay (Roche Diagnostics). To demonstrate that meta-chlorophenylpiperazine (m-CPP), a trazodone metabolite, cross-reacts in the Amphetamines II assay, we tested reference standards of m-CPP at various concentrations (200 to 20,000 g/L). We also tested real patient urine samples containing m-CPP (detected and quantified by HPLC) with no detectable amphetamine, methamphetamine, or MDMA (demonstrated by GC MS). In both the m-CPP standards and the patient urine samples, we found a strong association between m-CPP concentration and Amphetamines II immunoreactivity ($r = 0.990$ for the urine samples). Further, we found that patients taking trazodone can produce urine with sufficient m-CPP to result in false-positive Amphetamines II results. At our institution, false-positive amphetamine results occur not infrequently in patients taking trazodone with at least 8 trazodone-associated false-positive results during a single 26-day period. Laboratories should remain cognizant of this interference when interpreting results of this assay.

## Related information

MedGen
PubChem Compound
PubChem Compound (MeSH Keyword)
PubChem Substance

## LinkOut - more resources

**Full Text Sources**
Ovid Technologies, Inc.
Silverchair Information Systems

**Medical**
International Agency for Research on Cancer - Screening Group

**Miscellaneous**
NCI CPTAC Assay Portal




## Gender of people who have Drug screen false positive when taking Lisinopril *:

- female: 35.56 %
- male: 64.44 %

## Age of people who have Drug screen false positive when taking Lisinopril *:

- 0-1: 0.0 %
- 2-9: 0.0 %
- 10-19: 0.0 %
- 20-29: 2.56 %
- 30-39: 23.08 %
- 40-49: 28.21 %
- 50-59: 38.46 %
- 60+: 7.69 %

## Common drugs people take besides Lisinopril *:

## Common side effects people have besides Drug screen false positive *:

## Common conditions people have *:

* Approximation only. Some reports may have incomplete information.