UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 5:20-cr-40-Oc-28PRL

CHRISTINA LYNN CATALANO
JOSEPH SAMUEL CATALANO

### MOTION FOR GOVERNMENT COUNSEL TO APPEAR TELEPHONICALLY OR TO SUBSTITUTE GOVERNMENT COUNSEL

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, files this Motion for counsel for the government to appear telephonically, or, in the alternative, for substitute counsel to stand-in for the government, and would state:

1. This matter is currently scheduled for a status conference on November 20, 2020, at 10:00am.

2. The Court directed the attorneys to appear personally at the Ocala Federal Courthouse for the status hearing.

3. I am scheduled to take vacation for the Thanksgiving holiday but was expecting to appear personally. However, my airline changed by flight to an earlier time tomorrow and I cannot make my departing flight if I appear personally. Therefore, I am now scheduled to take personal leave for the entire day on November 20, 2020.

4. I am able to appear telephonically for the status hearing and would request permission of the Court to do so.

5. In the alternative, I would request that another attorney for the government who is familiar with this case be allowed to stand-in for me at the status hearing. AUSA Tyrie Boyer will be present in Court at the scheduled time for the government, in addition to appearance telephonically.

6. The undersigned has communicated with counsel for the defendants. The attorney for Mrs. Catalano, Mark Rosenblum, does not object to this request. I have not heard back from the attorney for Mr. Catalano, Michael Nielsen.

7. Both of these defendants are scheduled to enter a guilty plea on November 30, 2020, and I do not expect any issues with the change of plea hearing.

8. The Court has previously granted the unopposed motions of both attorneys to appear telephonically for this status hearing. (Dkt. 50, 51).

WHEREFORE, the United States of America, moves for permission to appear telephonically for the status hearing, or, in the alternative, for substitute counsel to stand-in for the government.

        Respectfully submitted,

        MARIA CHAPA LOPEZ
        United States Attorney

By:  s/ *Michael P. Felicetta*
      MICHAEL P. FELICETTA
      Assistant United States Attorney
      Florida Bar No. 94468
      35 SE 1st Avenue, Suite 300
      Ocala, Florida 34471
      Telephone: (352) 547-3600
      E-mail: michael.felicetta@usdoj.gov

**U.S. v. Christina Lynn Catalano, et al**     Case No. 5:20-cr-40-Oc-28PRL

### CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Mark Rosenblum
    Michael Nielsen

        s/ *Michael P. Felicetta*
        MICHAEL P. FELICETTA
        Assistant United States Attorney
        Florida Bar No. 94468
        35 SE 1st Avenue, Suite 300
        Ocala, Florida 34471
        Telephone: (352) 547-3600
        E-mail: michael.felicetta@usdoj.gov