# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                          CASE NO: 5:20-CR-40-ORL-28PRL

**CHRISTINA LYNN CATALANO**
**JOSEPH SAMUEL CATALANO**

## ORDER

**THIS CAUSE** is before the Court on the Government's Unopposed Motion to Appear at Status Conference Telephonically or Substitute Government Counsel (Doc. No. 53, filed November 19, 2020).

Upon consideration, **IT IS ORDERED** that the Government's Unopposed Motion to Appear at Status Conference Telephonically or Substitute Counsel (Doc. No. 53) is **GRANTED**. Counsel for Defendant is directed to call 1-888-684-8852, access code 4135515 and security code 112020 at least 5 minutes prior to the start time of the hearing.

**DONE** and **ORDERED** in Orlando, Florida on November 19, 2020.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Attorney
Counsel for Defendant