UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:20-cr-40-Oc-28PRL

JOSEPH SAMUEL CATALANO

### UNITED STATES' RESPONSE IN OPPOSITION TO MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

The United States respectfully opposes the defendant's motion to modify the conditions of pretrial release in this case and, in support of its response in opposition, states the following:

1. The defendant has moved to modify the conditions of his release to rescind drug testing requirements. The government discussed this matter with Pre-Trial Services Officer Anthony Zarate. Based on his representations, the government objects to the motion.

2. The motion indicates that the mediation that the defendant is prescribed can cause false positives for methamphetamine usage. While this is possible, it is unlikely given the facts of Mr. Catalano's case.

3. When Mr. Catalano was first screened by Pre-Trial Services, on September 9, 2020, a urine sample was taken. Notably, Mr. Catalano objected to the taking of a urine sample and the drug screening requirement *before* any

of this alleged false-positive concern became an issue. The officer had to wait for Mr. Catalano to give a sample due to his alleged inability to produce urine.

4. That first urine sample was submitted for analysis at the regional laboratory in Jacksonville. The test indicated a positive result for methamphetamine. Mr. Catalano denied using methamphetamine. Thereafter, the sample was sent to the national laboratory for a more comprehensive analysis. The national laboratory confirmed that the sample contained both amphetamine and methamphetamine and that it was from street drugs. In other words, the laboratory was able to confirm that Mr. Catalano used street drugs and did not have a false-positive from pharmaceutical drugs. Notably, Mr. Catalano's wife has admitted to (and tested positive for) methamphetamine use. Therefore, the defendant would have access to the same drugs.

5. Mr. Catalano's is monitored through a call-in system. When he calls in, the system will randomly notify him to come in for a drug screening. On November 4, 2020, Mr. Catalano was directed to report and give a urine sample. That sampled tested negative for methamphetamine. However, the lab notified Officer Zarate that the sample was diluted, indicating the likelihood that Mr. Catalano obscured the contents in his urine sample.

6. The next day, on November 5, 2020, Mr. Catalano was again directed to provide a urine sample. This time, his sample tested positive for methamphetamine and he was confronted about the result. Mr. Catalano denied using methamphetamine. The sample was sent to the national laboratory for a more comprehensive analysis. Unfortunately, the sample was destroyed in transit and cannot be confirmed.

7. On November 13, 2020, Mr. Catalano again gave a urine sample that tested positive for methamphetamine at the regional laboratory in Jacksonville. That sample was successfully sent to the national laboratory and a complete analysis is pending.

8. On November 17, 2020, Mr. Catalano gave another urine sample. That sample is currently awaiting the initial results from the regional laboratory in Jacksonville.

9. The government submits that the results of these tests need to be completed before a final assessment can be offered. For these reasons, the government submits that there is not sufficient justification that would warrant a modification of the defendant's release conditions. After the results are obtained, the government intends to follow-up with Officer Zarate and with defense counsel.

10. It should be noted that the government does have serious concern about whether Mr. Catalano should remain at liberty if he is testing positive for the use of street drugs, like methamphetamine, and refusing to admit same to Officer Zarate. If that turns out to be the case, the government will move to revoke his release and remand him to the custody of the Marshal.

11. This matter is scheduled for a change of plea on November 30, 2020. The government respectfully requests that the Court hold the motion in abeyance until that time, to allow sufficient time for testing of the samples to be concluded. In the meantime, we request that Mr. Catalano continue to report for drug screening at the direction of Pre-Trial Services.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: /s/ Michael P. Felicetta
Michael P. Felicetta
Assistant United States Attorney
Florida Bar No. 0094468
35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
Telephone: (352) 547-3600
Facsimile: (352) 547-3623
E-mail: michael.felicetta@usdoj.gov

U.S. v. JOSEPH SAMUEL CATALANO   Case No. 5:20-cr-40-Oc-28PRL

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Michael Nielsen, Esq.

                                                 */s/ Michael P. Felicetta*
                                                 Michael P. Felicetta
                                                 Assistant United States Attorney
                                                 Florida Bar No. 0094468
                                                 35 SE 1st Avenue, Suite 300
                                                 Ocala, Florida 34471
                                                 Telephone:   (352) 547-3600
                                                 Facsimile:   (352) 547-3623
                                                 E-mail:       michael.felicetta@usdoj.gov