UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.  Case No.:  5:20-cr-40-Oc-28PRL

JOSEPH CATALANO

### ORDER

Mr. Catalano seeks to modify the conditions of bond to rescind the drug testing requirements. (Doc. 49) The government is opposed. (Doc. 55)

Mr. Catalano contends, based on an internet search of the topic, that the prescribed medications he is taking may result in false positive drug tests. The government submits, however, that positive screens can be (and have been) submitted to a laboratory for more comprehensive results. Those results, at least with respect to one sample, were able to identify the source of the positive as methamphetamine.

Accordingly, the motion is denied. If a violation of bond results from one or more of his positive test results, he would certainly be free to establish, at a bond revocation hearing, that the results are from prescribed medication as opposed to illicit substances.

**IT IS SO ORDERED.**

**DONE AND ORDERED** in Ocala, Florida, on November 20, 2020.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record