# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**UNITED STATES OF AMERICA**

v                                             **CASE NO: 5:20-cr-40-Oc-28PRL**

**CHRISTINA LYNN CATALANO**

AUSA: Michael Felicetta
Deft. Atty.: Christine Bird (for Mark Rosenblum, FPD)

| JUDGE | Philip R. Lammens | DATE AND TIME | November 30, 2020<br>10:33 am - 11:05 am<br>32 minutes |
|---|---|---|---|
| DEPUTY CLERK | Mari Jo Taylor | TAPE/REPORTER | DIGITAL |
| INTERPRETER | Not Required | PRETRIAL/PROBATION | Not Present |

## CLERK'S MINUTES – CHANGE OF PLEA

Defendant placed under oath.

Defendant advised of right to appear before United States Magistrate Judge to enter plea.

Defendant questioned re: consequences of guilty plea.

Court reviews factual basis.

Defendant enters a straight up plea to Counts One and Two of the Indictment.

Court finds Defendant alert, intelligent, willingly, and intentionally entered plea of guilty.

Sentencing to be scheduled by the Honorable JOHN ANTOON, II, United States District Judge.

**REPORT AND RECOMMENDATION TO ENTER.**

**FILED IN OPEN COURT:**
Consent to Proceed before Magistrate Judge