**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA**

v.   Case No.: 5:20-cr-40-Oc-28PRL

**JOSEPH CATALANO**
_____

## ORDER

This case came before the Court on November 30, 2020 after an arrest of the defendant on a warrant issued by the Court on the Petition for Action on Conditions of Pretrial Release (Doc. 59).

At the hearing, the Court advised the defendant of the charge in the Petition and the defendant admitted the violation. The Government made an *ore tenus* motion to modify the defendant's bond (as opposed to revoking it) and the parties proposed modifications.

Upon due consideration, and for the reasons discussed at the hearing, the Government's *ore tenus* motion to modify defendant's conditions of release is **GRANTED**. Defendant's Order Setting Conditions of Release (Doc. 17) is hereby modified to provide that defendant shall submit to location monitoring as directed by the Pretrial Services Office or supervising officer and comply with all of the program requirements and instructions provided. The defendant must pay all or part of the cost of the program based on her ability to pay as determined by the Pretrial Services Office or supervising officer. All other conditions of release not modified, including substance abuse treatment, remain in full force and effect.

**DONE AND ORDERED** in Ocala, Florida, on November 30, 2020.

_____
PHILIP R. LAMMENS
United States Magistrate Judge