PS 10
(8/88)

FILED
2020 DEC -9 PM 12: 55

# United States District Court
## for the
### Middle District of Florida

U.S.A. vs Joseph Samuel Catalano                Docket No. 5:20-cr-40-OC-28PRL

TO: [1]Any United States Marshal or any agent of the FBI

| WARRANT FOR ARREST OF DEFENDANT ||||
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. ||||
| NAME OF DEFENDANT<br>Joseph Samuel Catalano | SEX<br>Male | RACE<br>White | AGE<br>54 |
| ADDRESS(STREET, CITY, STATE)<br>4234 Westwood Drive, Holiday, FL 34691 ||||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATES)<br>Middle District of Florida<br>207 N.W. Second St., Ocala, FL 34475 ||||
| CLERK<br>ELIZABETH M. WARREN | (BY) DEPUTY CLERK<br>M Taylor || DATE<br>11/25/20 |

| RETURN |||
|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED<br>11/25/20 | DATE EXECUTED<br>11/30/20 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>USMS  207 NW 2 St. Ocala, FL 34475 |||
| NAME<br>David Santana | (BY) | DATE<br>11/30/20 |

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the <dist name>;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."