## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                     **CASE NO: 5:20-cr-40-Oc-28PRL**

**JOSEPH SAMUEL CATALANO**

_____

### ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

This case having been considered by the Court on the Report and Recommendation Concerning Plea of Guilty (Doc. No. 69, filed November 30, 2020) and no objection thereto having been filed, it is **ORDERED**

1.      The Report and Recommendation of the United States Magistrate Judge (Doc. No. 69) is **ACCEPTED**, **AFFIRMED** and **ADOPTED**.

2.      Defendant has knowingly, intelligently and voluntarily entered a plea of guilty to Count Two of the Indictment.  Such plea is accepted, and Defendant is adjudicated guilty of Count Two of the Indictment.

**DONE** and **ORDERED** in Orlando, Florida on December 15, 2020.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant