**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

UNITED STATES OF AMERICA

v                                                              CASE NO: 5:20-cr-40-Oc-28PRL

JOSEPH SAMUEL CATALANO (#1)

AUSA: Michael Felicetta
Deft. Atty.: Michael Nielsen (CJA)

| JUDGE | Philip R. Lammens | DATE AND TIME | January 7, 2021<br>11:52 am - 12:28 pm<br>36 minutes |
|---|---|---|---|
| DEPUTY CLERK | Mari Jo Taylor | TAPE/REPORTER | DIGITAL |
| INTERPRETER | None Required | PRETRIAL/PROBATION | Bryan Coomer |

**CLERK'S MINUTES – SHOW CAUSE HEARING ON**
**VIOLATIONS OF PRETRIAL RELEASE**

Defendant arrested on a Petition for Action on Conditions of Pretrial Release (Doc. 84).

Court advises the defendant of the violations alleged in the Petition.

Government orally moves to revoke defendant's pretrial release.

Defense Counsel addresses the court. The defendant admits the violations.

Government proffers regarding revocation.

Defendant responds.

Court GRANTS government's *ore tenus* motion for revocation of defendant's bond and remands defendant to the custody of the U.S. Marshals.

**ORDER TO ENTER.**