**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                                          Case No.: 5:20-cr-40-Oc-28PRL

**JOSEPH SAMUEL CATALANO**
_____/

### ORDER REVOKING DEFENDANT'S RELEASE

This case came before the Court on January 7, 2021 after an arrest of the Defendant on a warrant issued by the Court on the Petition for Action on Conditions of Pretrial Release. (Doc. 84).

After being advised of the charges in the Petition, the Defendant, both directly and through counsel, admitted the violations in the Petition. The Government requested to revoke his pretrial release. The Defendant suggested to be allowed to check into an inpatient facility in lieu of the revocation of his bond. After discussions with the parties the Court finds that the Defendant has continually demonstrated an inability to comply with directions from the Court. Accordingly, pursuant to 18 U.S.C. § 3148, the Court finds that Defendant's bond must be revoked and the Court's Order Setting Conditions of Release must be vacated.  It is therefore,

**ORDERED:**

The Petition for Action on Conditions of Bond Release (Doc. 84) is **GRANTED.** The previously entered Order Setting Conditions of Release (Doc. 17, 70) is **VACATED** and the Appearance and Compliance Bond (Doc. 16) is **REVOKED.**  Defendant is remanded to custody of the United States Marshal for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held

in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**DONE AND ORDERED** in Ocala, Florida on January 7, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to:

Counsel of Record
United States Marshal
United States Pretrial