UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA          CASE NO.: 5:20-CR-40-JA-PRL

V.

JOSEPH CATALANO,
_____/

**MOTION FOR PERMISSION TO WEAR CIVILIAN CLOTHES AT SENTENCING AND MOTION FOR RELEASE FROM CUSTODY BEFORE SENTENCING HEARING BASED UPON A CHANGE IN CIRCUMSTANCES**

**COMES NOW** the Defendant, by and through undersigned counsel, hereby moves this Honorable Court to enter an order allowing the Defendant to wear civilian clothes and a release from custody, and alleges:

1. That the sentencing hearing in this matter is set for February 19, 2021, in this Honorable Court.

2. That the Defendant is currently in custody in the Marion County jail since January 7, 2021, for testing positive for illegal drugs while on pretrial supervision.

3. The Defendant is requesting he be allowed to wear civilian clothes at his sentencing so he can present himself to the court in his best way possible.

4. The Defendant is requesting an order allowing him be released from custody on February 8, 2021 based upon the following reasons:

    A) The Defendant has a long term cardiac condition and sees a cardiologist on a regular basis and needs to meet with his doctor.

    B) The prescription medicine he requires is not being properly given to him at the jail.

        C)       The Defendants blood pressure is being monitored daily and has been consistently high, according to the Defendant.

        D)       The Defendant has advised counsel he has a bulging disc in his back for which he needs to see a doctor.

        E)       The Defendant is requesting the release in order to make arrangements for a residential drug program to be able to present the plan to the Honorable Court at sentencing.

        F)       That there is a Covid-19 breakout in the Marion County jail and the Defendant believes he has contracted the disease. The Defendant has not been given a Covil-19 test.

5.     The United States Attorney objects to this motion.

6.     That the defense was made aware of the death of an inmate in jail, from the same medical dorm that the Defendant is being housed in. The death of the inmate was allegedly caused by Covid-19 virus. The Defendant has ongoing cardiac illness and in a class of people that are in more potential danger, then a well non-sick inmate would be.

## MEMORANDUM OF LAW

The Honorable Court has the authority to remand a Defendant to custody for a violation of pretrial release conditions. The Honorable court also has the authority to release a Defendant from custody upon reasons of good cause. That the medical issues with the Defendants health are a change in his circumstances from when he was remanded to custody, and the Defendant believes he has the Coved-19 virus.

WHEREFORE, the Defendant hereby moves this Honorable Court to enter an order allowing civilian clothes and/or a release from custody on February 8, 2021.

.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 1, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: United States Attorney, further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following: none.

/s/ Michael W. Nielsen, Esquire
_____
MICHAEL W. NIELSEN, ESQUIRE
NIELSEN LAW FIRM
720 West State Road 434
Winter Springs, Florida 32708
(407)327-5865 [FAX(407)327-0384]
Attorney for Defendant
Florida Bar No.: 0794392
nielsenlaw@cfl.rr.com