# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO. 5:20-cr-40-Oc-JA-PRL

JOSEPH SAMUEL CATALANO

## ORDER

**THIS CAUSE** is before the Court on the Defendant's Motion for Permission to Wear Civilian Clothes at Sentencing and Motion for Release from Custody Before Sentencing Based Upon a Change in Circumstances (Doc. No. 94, filed February 1, 2021).

Upon consideration of the above, it is **ORDERED** that the Government shall respond to the Motion by February 7, 2021[1]

**DONE** and **ORDERED** in Orlando, Florida, on February 2, 2021.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant

---

[1] Defendant's Motion is requesting that he be released from custody on February 8, 2021.