*United States v. Christina Lynn Catalano*

**Case No. 5:20-cr-40-Oc-28PRL**

# Exhibit 1

# Letter from Lanette McKinley

Honorable Judge Antoon

U.S. Courthouse and Federal Building

207 N. /w. 2nd Street

Ocala, Florida 31475

Dear Judge, Antoon,

I am writing this letter on behalf of Christina Catalano, I have known her over 15 Years and consider her and Joe family. She is a very caring person that would give you the shirt off her back and or her last meal if you needed it. Christina and Joe provide a lot of emotional support for family, friends and strangers. She has a good heart loves her kids and grandkids and is an important part of their support system. She has borrowed money from me and paid me back. Always truthful to me.

I am very concerned for her and her family and ask you to show leniency on her sentence.  If she has to go to prison I worry about her family and their belongings and having a place to return too. I believe she is genuinely upset by any wrongdoing and mistakes she has made.

If her sentence could have home incarceration, community service, probation and any restitution with minimal detention that you as the Honorable Judge deems is warranted that is all I can ask.

Sincerely,

Lanette McKinley