*United States v. Christina Lynn Catalano*

**Case No. 5:20-cr-40-Oc-28PRL**

# Exhibit 2

Discharge Summary

CATALANO, CHRISTINA L - 1112712676
12/22/2020 11:25 EST

# CATALANO, CHRISTINA L

Integrated Stabilization Unit
Adult Treatment Center
New Port Richey, FL 34653

BH ISU

FIN: 1112712676
DOB: 12/16/1981
Visit Date: 12/18/2020

## Discharge Instructions

### Your Care Team

**Admitting Physician** - Barrett, Cathleen A APRN
**Attending Physician** - Gill, Gurkiran MD
**PCP Lifetime** - De La Cruz Hernandez, Enrique J

### Measurements

Weight, Estimated kg: 63.636 kg (12/18/20 12:39:00)
Weight, Estimated lbs: 140 lb (12/18/20 12:39:00)
Height cm: 152.4 cm (12/18/20 12:39:00)   Height Inches: 60 inch(es) (12/18/20 12:39:00)

### Reason for Your Visit

vol patient has ankle monitor on and charger is with her

### Your Diagnosis

Bipolar affective
Post traumatic stress disorder (PTSD)
Opiate abuse, episodic
Stimulant use disorder
Substance or medication-induced psychotic disorder

### Tests Pending

CBC with Differential
CMP
Hepatitis A IgM Ab (Acute)

Pending results may take 3-7 days to be completed. If you have a lab result that needs to be acted on, you will receive a call from the BayCare Patient Communication Center. Their phone number is: 727-561-2500.
Your follow-up doctor can request a copy of your records and test results. If this referral cannot provide your follow-up care, please check with your insurance provider for an approved physician. For further assistance call 877-692-2922.