UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

The Honorable Elizabeth A. Jenkins
Courtroom 11A

United States v. Catalano et al.
5:20-cr-40-JA-PRL

| **Date**: February 12, 2021 | **Court Reporter**: Digital |
|---|---|
| | **Interpreter**: N/A |
| **Time**: 2:15PM – 2:25PM<br>3:31 PM – 3:33PM \| Total: 12 mins. | **Deputy Clerk**: Caleb Houston |
| **Government Counsel** | **Defense Counsel** |
| Shauna Hale, AUSA | Nicole Hardin, AFPD |
| **Bond Revocation Hearing: Violation of Pretrial Release** ||

Defendant present with counsel.

Arrest Date: 2/12/2021.

Defendant provided a copy of the Petition.

Defendant advised of rights and charges.

Financial Affidavit submitted for approval. Court finds that Defendant qualifies for the appointment of counsel. FPD appointed for all further proceedings.

Defendant admits to the violations.

Government moves for detention.

Defendant moves to modify conditions of release.

Court hears from Pretrial Services Officer Dodson.

Court takes recess on the matter at 2:25 pm.

Court is back in session at 3:31 pm.

Court finds that Defendant shall be temporary detained pending transport by the USMS to

Ocala where she will be seen before Judge Lammens for a bond/detention hearing.

Defendant remanded to custody of USMS pending transport to Ocala.