UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA          CASE NO.: 5:20-CR-40-JA-PRL

v.

JOSEPH CATALANO,
_____/

## NOTICE OF FILING

**COMES NOW** the Defendant, by and through undersigned counsel, hereby files the following document in writing, and alleges:

1. Letter to Honorable Judge Antoon, from Frances M. Shaughnessy, the brother of Joseph Catalano.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 16, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: United States Attorney, further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following: none.

/s/ Michael W. Nielsen, Esquire
_____
MICHAEL W. NIELSEN, ESQUIRE
NIELSEN LAW FIRM
720 West State Road 434
Winter Springs, Florida 32708
(407)327-5865 [FAX(407)327-0384]
Attorney for Defendant
Florida Bar No.: 0794392
nielsenlaw@cfl.rr.com

Honorable Judge Antoon
U.S. Courthouse & Federal Building
207 N. W. 2nd Street
Ocala, Florida 31475

October 28, 2020

To Whom It May Concern:

I have known Joseph Samuel Catalano III all my life as he is the oldest of my siblings. I was both troubled and surprised to hear about his recent case as he has always been an honest person. It is for this reason I am happy to write a letter about the Joseph I know. I understand the seriousness of this matter, however my hope is to show the court that he is more than the sum of his actions on that day in January 2020.

Joseph is an enthusiastic and helpful individual who displays a strong moral character. In our relationship, especially recently, he has really been there for me. Joseph is 9 years older than I, but in terms of the role he played in my early life, he might as well have been my father. By 10 he was shining shoes and delivering papers to help put diapers on me and food in my stomach. He mindlessly stepped into the role of protector, not just for me but my siblings as well. Caring for 3 younger siblings at such a young age was no easy task but he courageously took on this role to help our newly divorced single mother.

Joseph will be the first to admit the circumstances we grew up in left some deep seeded scars, but he is seeking counseling for this, without being directed to by any court. He just wants to become a better person. To this day, Joseph continues to do all that is in his power to become more self-aware and in control of his actions and reactions. He has taken the necessary steps to begin the healing process.

While it is unfortunate that he has made some bad decisions, thus resulting in this case, I believe that as we move forward, he will emerge a better person. In short, I still believe him to be an honorable individual and a good human being. I just hope that you will give an opportunity for a second chance to Joseph and that the court will show some leniency while you make a fair decision. Thank you for your consideration and taking the time to read my letter.

Sincerely,

*Frances M. Shaughnessy*

Frances M. Shaughnessy
2007 S. Hamilton Street
Lockport IL 60441
(630) 664-2193
fshaugh@yahoo.com