UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.

Case No: 5:20-cr-40-JA-PRL

<u>**CHRISTINA LYNN CATALANO**</u>

**ORDER OF REMOVAL**

The defendant, CHRISTINA LYNN CATALANO having been apprehended in the Middle District of Florida, Tampa Division, on a warrant(s) issued in the MIDDLE DISTRICT OF FLORIDA, OCALA DIVISION, and subsequently having been temporarily detained, the Defendant is/are hereby,

ORDERED to be transported by the United States Marshal Service to the Ocala Division to be seen before Magistrate Judge Lammens for a bond/detention hearing.

DONE and ORDERED at Tampa, Florida this 16th day of February, 2021.

*[signature]*

ELIZABETH A. JENKINS
United States Magistrate Judge