**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

UNITED STATES OF AMERICA

v                                                                        CASE NO: 5:20-cr-40-JA-PRL

CHRISTINA LYNN CATALANO (#1)

AUSA: Michael Felicetta
Deft. Atty.: Mark Rosenblum (FPD)

| JUDGE | Philip R. Lammens | DATE AND TIME | February 17, 2021<br>9:07 am – 9:13 am<br>6 minutes |
|---|---|---|---|
| DEPUTY CLERK | Holly Iovino | TAPE/REPORTER | DIGITAL |
| INTERPRETER | None Required | PRETRIAL/PROBATION | Bryan Coomer |

**CLERK'S MINUTES – SHOW CAUSE HEARING ON**
**VIOLATIONS OF PRETRIAL RELEASE**

Case called, appearances made, procedural settings by the Court. All parties and counsel are appearing via video pursuant to the authority granted by the Court pursuant to the Administrative Orders entered in 8:20-mc-25 regarding the CARES Act. Court confirms with both the defendant and defense counsel consent to appear via video for this hearing.

Defendant was arrested on 02/12/21 in the Tampa Division for the Petition for Action on Conditions of Pretrial Release (Doc. 92). At the hearing the defendant was advised of her rights and charges and admitted the violations. (Doc. 107) The government moved to revoke her pretrial release. (Doc. 105) The defendant requested to remain on bond. (Doc. 106)

Defense counsel addresses the court that after conferring with the defendant, the defendant consents to the revocation of her bond.

Court GRANTS government's *ore tenus* motion for revocation of defendant's bond and remands defendant to the custody of the U.S. Marshals.

**ORDER TO ENTER.**