# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**UNITED STATES OF AMERICA**

v.                                                                          Case No.: 5:20-cr-40-JA-PRL

**CHRISTINA LYNN CATALANO**
_____/

## ORDER REVOKING DEFENDANT'S RELEASE

This case came before the Court on February 17, 2021. After the arrest of the Defendant in the Tampa division on a warrant issued by the Court on the Petition for Action on Conditions of Pretrial Release. (Doc. 92).

Defendant was arrested on February 12, 2021 and appeared in the Tampa division. After being advised of the charges in the Petition, the Defendant, both directly and through counsel, admitted the violations in the Petition. The Government requested to revoke her pretrial release. The Defendant requested to remain on bond and modify conditions of her release. An order of temporary detention was entered and the defendant was transported to the Ocala division.

On February, 17, 2021, the show cause hearing on the defendant's violation of pretrial release resumed. The government maintained it's position to revoke the defendant's bond and the Defendant consented to revocation. Accordingly, pursuant to 18 U.S.C. § 3148, the Court finds that Defendant's bond must be revoked and the Court's Order Setting Conditions of Release must be vacated.  It is therefore,

**ORDERED:**

The Petition for Action on Conditions of Bond Release (Doc. 92) is **GRANTED.** The previously entered Order Setting Conditions of Release (Doc. 12, 40, 43, 82) is **VACATED** and the Appearance and Compliance Bond (Doc. 11) is **REVOKED.** Defendant is remanded to custody of the United States Marshal for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**DONE AND ORDERED** in Ocala, Florida on February 17, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to:

Counsel of Record
United States Marshal
United States Pretrial