# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

---

**UNITED STATES OF AMERICA**

**VS.**                                                                 **CASE NO: 5:20-cr-40-JA-PRL-1**

**CHRISTINA LYNN CATALANO**

| JUDGE: | John Antoon, II<br>United States District Judge | COUNSEL FOR GOVERNMENT: | Michael P. Felicetta |
|---|---|---|---|
| DEPUTY CLERK: | Anita Chenevert | COUNSEL FOR DEFENDANT: | Mark Rosenblum (#1 FPD) |
| COURT REPORTER: | Nikki Peters<br>courttranscripts@outlook.com | PROBATION: | Katrina Clark |
| SCHEDULED DATE:<br>TIME:<br>TIME IN COURT: | February 19, 2021<br>11:22 a.m. – 12:05 p.m.<br>43 minutes | INTERPRETER: | Not Required |

## MINUTES ON SENTENCING

Case called and appearances stated for the record.

Defendant sworn.

**SENTENCE IMPOSED as to Counts One and Two of the Indictment.**

**INCARCERATION**:        **30 months** (30 months on each of Counts One and Two all such terms to run concurrently)

Court will make a strong recommendation that the defendant receive drug treatment and mental health treatment while she is incarcerated and that she is placed at a facility which offers such treatments.

**SUPERVISED RELEASE**: **5 years** (5 years on Count One, 3 years on Count Two, all such terms to run concurrently).

> *Special conditions of supervised release:*
> *(1)* Participate in a drug treatment program
> *(2)* Participate in a mental health treatment program
> *(3)* Credit conditions imposed
> *(4)* Cooperate in DNA collection
> *(5)* Drug testing imposed

**FINE** is waived.

**RESITUTION**:  $18,985.80
Payable to Federal Emergency Management Agency (FEMA) payable to the clerk.
Payment schedule: Unicor payment language while in custody and upon release $100 per month
Court will waive the interest requirement.

**SPECIAL ASSESSMENT** of $200.00 is due immediately.

The defendant is **remanded** to the custody of the United States Marshal.

Defendant advised of right to appeal.

Objections to the sentence imposed or the manner in which it has been pronounced:
- Government advises no objection.
- Defense advises no objection.