# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

---

UNITED STATES OF AMERICA

VS.                                                                                                          CASE NO: 5:20-cr-40-JA-PRL-2

JOSEPH SAMUEL CATALANO

| **JUDGE:** | John Antoon, II<br>United States District Judge | **COUNSEL FOR GOVERNMENT:** | Michael P. Felicetta |
|---|---|---|---|
| **DEPUTY CLERK:** | Anita Chenevert | **COUNSEL FOR DEFENDANT:** | Michael William Nielsen (#2 CJA) |
| **COURT REPORTER:** | Nikki Peters<br>courttranscripts@outlook.com | **PROBATION:** | Katrina Clark |
| **SCHEDULED DATE:**<br>**TIME:**<br>**TIME IN COURT:** | February 19, 2021<br>12:06 p.m. – 12:42 p.m.<br>36 minutes | **INTERPRETER:** | Not Required |

## MINUTES ON SENTENCING

Case called and appearances stated for the record.  Defendant sworn.

**SENTENCE IMPOSED as to Count Two of the Indictment:**

PROBATION:  **5 years**

*Special conditions of probation:*
(1) Participate in Home detention for 180 days which will require wearing an electronic monitoring device
(2) Participate in a substance abuse treatment program
(3) Participate in a mental health treatment program
(4) Cooperate in DNA collection
(5) Drug testing imposed

**FINE is** waived.

**SPECIAL ASSESSMENT** of $100.00 is due immediately.

Defendant advised of right to appeal.

Upon release from incarceration the defendant is directed to report to the probation department. (defendant will be provided the name of his assigned officer).

Objections to the sentence imposed or the manner in which it has been pronounced:
- Government advises no objection.
- Defense advises no objection.