FID-
11134910

PS 10
(8/88)

# United States District Court
## for the
## Middle District Of Florida

U.S.A. vs Christina Lynn Catalano          Docket No. 113A 5:20CR00040

**TO: Any United States Marshal or any agent of the FBI**

| WARRANT FOR ARREST OF DEFENDANT |||
|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. |||
| NAME OF DEFENDANT<br>Christina Lynn Catalano | SEX<br>Female | RACE  AGE<br>White   39 |
| ADDRESS (STREET, CITY, STATE)<br>4234 Westwood Drive<br>Holiday, FL  34691 |||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>Ocala, FL |||
| CLERK<br>**ELIZABETH M. WARREN** | (BY) DEPUTY CLERK<br>M Taylor | DATE<br>01/22/21 |

| RETURN |||
|---|---|---|
| WARRANT RECEIVED AND EXECUTED<br>1/22/21   2-12-21 | DATE RECEIVED<br>1-22-21 | DATE EXECUTED<br>2-12-21 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>U.S. Marshal Service Tampa, FL |||
| NAME<br>David A. Pye DUSM | (BY) | DATE<br>2-12-21 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer" or "Marshal for the (dist name)", or "any United States Marshal, or Any Special Agent of the Federal Bureau of Investigation", or "United States Marshal or any Special Agent of the Federal Bureau of Investigation, or any agent of the Alcohol Tax Unit."

2021 FEB 19 PM 3:30 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL OCALA FLORIDA   FILED

11134910

PS 10
(8/88)

# United States District Court
## for the
## Middle District Of Florida

U.S.A. vs Christina Lynn Catalano     Docket No. 113A 5:20CR00040

TO: ¹Any United States Marshal or any agent of the FBI

| WARRANT FOR ARREST OF DEFENDANT ||||
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. ||||
| NAME OF DEFENDANT<br>Christina Lynn Catalano | SEX<br>Female | RACE<br>White | AGE<br>39 |
| ADDRESS(STREET, CITY, STATE)<br>4234 Westwood Drive<br>Holiday, FL 34691 ||||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATES)<br>Ocala, FL ||||
| CLERK<br>**ELIZABETH M. WARREN** | (BY) DEPUTY CLERK<br>M. Taylor || DATE<br>01/22/21 |

| RETURN |||
|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED<br>1/22/21 | DATE EXECUTED<br>2/12/21 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>U.S. Marshal Service |||
| NAME<br>David Pye | (BY) | DATE<br>2/12/21 |

---

¹Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the <dist name>;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."