# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**UNITED STATES OF AMERICA**

vs.                      Case No.: 5:20-cr-00040-JA-PRL

**CHRISTINA LYNN CATALANO**

_____

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Christina Lynn Catalano, Defendant above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment in a Criminal Case entered in this action on February 19, 2021.

DATED this 5th day of March 2021.

                                    JAMES T. SKUTHAN
                                    ACTING FEDERAL PUBLIC DEFENDER

                                    ***s/ Mark Rosenblum***
                                    Mark Rosenblum
                                    Assistant Federal Defender
                                    Florida Bar No. 289175
                                    200 West Forsyth Street, Suite 1240
                                    Jacksonville, FL 32202
                                    Telephone: (904) 232-3039
                                    Fax: (904) 232-1937
                                    Email: mark_rosenblum@fd.org
                                    Attorney for defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Notice of Appeal* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, this the 5th day of March 2021.

s/*Mark Rosenblum*

Mark Rosenblum
Assistant Federal Defender