# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

Golden-Collum Memorial Federal Building & U.S. Courthouse
207 NW Second Street
Ocala, Florida 34475
(352) 369-4860

Elizabeth M. Warren
Clerk of Court

Lisa Fannin
Division Manager

**DATE:** March 8, 2021

**TO:**   Clerk, U.S. Court of Appeals for the Eleventh Circuit

---

## UNITED STATES OF AMERICA

**v**

**CASE NO: 5:20-cr-40-JA-PRL**

## CHRISTINA LYNN CATALANO

---

**U.S.C.A. Case No.:**      **NEW APPEAL**

Enclosed are documents and information relating to an appeal in the above-referenced action. Please acknowledge receipt on the enclosed copy of this letter.

- Honorable John Antoon II, United States District Judge appealed from.

- Appeal filing fee was not paid. Upon filing a notice of appeal, the appellant must pay the district clerk all required fees. The district clerk receives the appellate docket fee on behalf of the court of appeals. If you are filing informa pauperis, a request for leave to appeal in forma pauperis needs to be filed with the district court.

- Certified copy of Notice of Appeal, docket entries, judgment and/or Order appealed from. Opinion was not entered orally.

ELIZABETH M. WARREN, CLERK OF COURT

By:    s/L. Burget, Deputy Clerk

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**UNITED STATES OF AMERICA**

**vs.**                                         Case No.: 5:20-cr-00040-JA-PRL

**CHRISTINA LYNN CATALANO**

---

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Christina Lynn Catalano, Defendant above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment in a Criminal Case entered in this action on February 19, 2021.

DATED this 5th day of March 2021.

JAMES T. SKUTHAN
ACTING FEDERAL PUBLIC DEFENDER

*s/ Mark Rosenblum*
Mark Rosenblum
Assistant Federal Defender
Florida Bar No. 289175
200 West Forsyth Street, Suite 1240
Jacksonville, FL 32202
Telephone: (904) 232-3039
Fax: (904) 232-1937
Email: mark_rosenblum@fd.org
Attorney for defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Notice of Appeal* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, this the 5th day of March 2021.

s/*Mark Rosenblum*

Mark Rosenblum
Assistant Federal Defender

Electronic Case Filing | U.S. District Court - Middle District of Florida          Page 1 of 11

APPEAL, CLOSED, CUSTODY, PLED

# U.S. District Court
## Middle District of Florida (Ocala)
## CRIMINAL DOCKET FOR CASE #: 5:20-cr-00040-JA-PRL-1

Case title: USA v. Catalano et al

Date Filed: 06/17/2020
Date Terminated: 02/22/2021

Assigned to: Judge John Antoon II
Referred to: Magistrate Judge Philip R. Lammens

### Defendant (1)

**Christina Lynn Catalano**
*TERMINATED: 02/22/2021*

represented by **Mark Rosenblum**
Federal Public Defender's Office
Suite 1240
200 W Forsyth St
Jacksonville, FL 32202
904/232-3039
Fax: 904/232-1937
Email: Mark_Rosenblum@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Nicole Valdes Hardin**
Federal Public Defender's Office
400 N Tampa St Ste 2700
Tampa, FL 33602-4726
813-228-2715
Fax: 813-228-2562
Email: nicole_hardin@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Christine Nan Bird**
Federal Public Defender's Office
Suite 102
201 SW 2nd St
Ocala, FL 34471
352/351-9157
Fax: 352/351-9162
Email: christine_bird@fd.org
*TERMINATED: 09/10/2020*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender*
*Appointment*

**Pending Counts**

**Disposition**

Incarceration: 30 months (concurrent to Count 2); Supervised release: 5 years (concurrent to Count 2) with following special conditions: participate in drug treatment, participate in mental health treatment; credit conditions imposed; cooperate in DNA collection; drug testing imposed; fine is waived; restitution: $18,985.80 payable to clerk for distribution to FEMA. Unicor payment schedule while in custody and $100 per month upon release: Special assessment $200 ($100 per count); remanded to custody of US Marshal; appeal rights given; court will strongly recommend that the defendant be incarcerated at a facility which will provide her both mental health and drug treatment.

18:1040.F - DISASTER ASSISTANCE FRAUD (1)

Incarceration: 30 months (concurrent to Count 1); Supervised release: 3 years

Case 5:20-cr-00040-JA-PRL   Document 121   Filed 03/08/21   Page 6 of 26 PageID 410

18:1001.F - STATEMENTS OR ENTRIES GENERALLY (False statements) (2)

(concurrent to Count 1) with following special conditions: participate in drug treatment, participate in mental health treatment; credit conditions imposed; cooperate in DNA collection; drug testing imposed; fine is waived; restitution: $18,985.80 payable to clerk for distribution to FEMA. Unicor payment schedule while in custody and $100 per month upon release: Special assessment $200 ($100 per count); remanded to custody of US Marshal; appeal rights given; court will strongly recommend that the defendant be incarcerated at a facility which will provide her both mental health and drug treatment.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                           **Disposition**

None

**Plaintiff**

USA                                  represented by **Michael Felicetta**
                                                      US Attorney's Office - FLM
                                                      Suite 300

35 SE 1st Ave
Ocala, FL 34471
352/547-3607
Fax: 352/547-3623
Email:
michael.felicetta@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

| Date Filed | # | Docket Text |
|---|---|---|
| 06/17/2020 | 1 | INDICTMENT returned in open court as to Christina Lynn Catalano (1) count(s) 1, 2 and Joseph Samuel Catalano (2) count(s) 2. (filed in Orlando division) (LMF) **(Entered: 06/18/2020)** |
| 09/09/2020 | | Arrest (V/S) of Christina Lynn Catalano on 09/09/2020 (MJT) (Entered: 09/09/2020) |
| 09/09/2020 | 7 | Minute Entry for proceedings held before Magistrate Judge Philip R. Lammens: Initial Appearance/ARRAIGNMENT as to Christina Lynn Catalano (1) Counts 1 & 2 and Joseph Samuel Catalano (2) Count 2 held on 9/9/2020. Defendants pled not guilty. (DIGITAL) (MJT) (Entered: 09/09/2020) |
| 09/09/2020 | 8 | ***CJA 23 Financial Affidavit by Christina Lynn Catalano. (MJT) (Entered: 09/09/2020) |
| 09/09/2020 | 9 | ORAL MOTION to Appoint Counsel by Christina Lynn Catalano. (MJT) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 09/09/2020) |
| 09/09/2020 | 10 | **ORAL ORDER granting 9 Oral Motion to Appoint Counsel as to Christina Lynn Catalano (1). The Office of the Federal Public Defender is appointed to represent the defendant in this case. Signed by Magistrate Judge Philip R. Lammens on 9/9/2020. (MJT) (Entered: 09/09/2020)** |
| 09/09/2020 | 11 | **Appearance BOND entered as to Christina Lynn Catalano. Signed by Magistrate Judge Philip R. Lammens on 9/9/2020. (MJT) (Entered: 09/09/2020)** |
| 09/09/2020 | 12 | **ORDER Setting Conditions of Release. Signed by Magistrate Judge Philip R. Lammens on 9/9/2020. (MJT) ***VACATED per 112 ORDER.*** Modified on 2/18/2021 (MJT). (Entered: 09/09/2020)** |

| 09/09/2020 | 18 | **CRIMINAL SCHEDULING ORDER as to Christina Lynn Catalano, Joseph Samuel Catalano: Status Conference set for 10/23/2020 at 10:00 AM in Ocala Courtroom 3 A before Judge John Antoon II. Jury Trial set for trial term commencing 11/2/2020 in Ocala Courtroom 3 A before Judge John Antoon II. Signed by Magistrate Judge Philip R. Lammens on 9/9/2020. (MJT) (Entered: 09/09/2020)** |
| --- | --- | --- |
| 09/09/2020 | 20 | Arrest Warrant Returned Executed on 9/9/2020 as to Christina Lynn Catalano. (LAB) Modified on 9/10/2020 (LAB). (Entered: 09/10/2020) |
| 09/10/2020 | 22 | NOTICE OF ATTORNEY APPEARANCE: Mark Rosenblum appearing for Christina Lynn Catalano (Rosenblum, Mark) (Entered: 09/10/2020) |
| 09/28/2020 | 28 | Unopposed MOTION to Continue trial *status hearing and extend motion filing date* by Christina Lynn Catalano as to Christina Lynn Catalano, Joseph Samuel Catalano. (Rosenblum, Mark) (Entered: 09/28/2020) |
| 09/29/2020 | 29 | **ORDER granting in part 28 Motion to Continue as to Christina Lynn Catalano (1), Joseph Samuel Catalano (2). The motion deadline is extended through October 16, 2020. Counsel are directed to file written waivers of speedy trial through December 31, 2020 within 7 days from the date of this order. Until waivers are filed case remains on the November, 2020 trial term. Signed by Judge John Antoon II on 9/29/2020. (counsel emailed) (AKC) (Entered: 09/29/2020)** |
| 10/02/2020 | 31 | WAIVER of speedy trial through December 31, 2020 by Christina Lynn Catalano, Joseph Samuel Catalano (Rosenblum, Mark) (Entered: 10/02/2020) |
| 10/02/2020 | 32 | **ORDER granting 28 Motion to Continue as to Christina Lynn Catalano (1), Joseph Samuel Catalano (2) Jury Trial reset for the trial term which commences on 12/1/2020 at 09:00 AM in Ocala Courtroom 3 A before Judge John Antoon II. Status Conference reset for 11/20/2020 at 10:00 AM in Ocala Courtroom 3 A before Judge John Antoon II. Defendants' presence are not required at the status conference. Signed by Judge John Antoon II on 10/2/2020. (counsel emailed) (AKC) (Entered: 10/02/2020)** |
| 10/08/2020 | 37 | Minute Entry for proceedings held before Magistrate Judge Philip R. Lammens: SHOW Cause Hearing on Violation of |

|  |  | Pretrial Release as to Christina Lynn Catalano held on 10/8/2020. (Digital) (MLS) (Entered: 10/08/2020) |
|---|---|---|
| 10/08/2020 | 38 | ORAL MOTION to Revoke Bond by USA as to Christina Lynn Catalano. (MLS) (Entered: 10/08/2020) |
| 10/08/2020 | 39 | ORAL MOTION to Modify Conditions of Release by Christina Lynn Catalano. (MLS) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 10/08/2020) |
| 10/08/2020 | 40 | **ORDER Modifying Conditions of Release re: Violation of Pretrial Release as to Christina Lynn Catalano (1). Signed by Magistrate Judge Philip R. Lammens on 10/8/2020. (MLS) (Entered: 10/08/2020)** |
| 10/20/2020 | 41 | Arrest Warrant Returned Executed on 10/08/2020 as to Christina Lynn Catalano. (LAB) (Entered: 10/20/2020) |
| 11/06/2020 | 42 | Unopposed MOTION to Modify Conditions of Release by Christina Lynn Catalano. (Rosenblum, Mark) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 11/06/2020) |
| 11/06/2020 | 43 | **ENDORSED ORDER re 42 Unopposed Motion to Modify Conditions of Release as to Christina Lynn Catalano (1). The defendant's unopposed request to be allowed to go to the grocery store two times per week for a reasonable period of time and to go into her backyard 2 hours per day is GRANTED. Signed by Magistrate Judge Philip R. Lammens on 11/6/2020. (MJT) (Entered: 11/06/2020)** |
| 11/17/2020 | 46 | NOTICE OF HEARING as to Christina Lynn Catalano: (*In Person*) Change of Plea Hearing set for 11/30/2020 at 10:30 AM in Ocala Courtroom 1 A before Magistrate Judge Philip R. Lammens. Defendant, who is out on bond, is required to be present. (MJT) (Entered: 11/17/2020) |
| 11/17/2020 | 47 | MOTION for Miscellaneous Relief, specifically cancel status hearing, or alternatively, allow counsel to appear telephonically by Christina Lynn Catalano. (Rosenblum, Mark) (Entered: 11/17/2020) |
| 11/17/2020 | 48 | Unopposed MOTION for Miscellaneous Relief, specifically cancel status hearing or allow counsel to appear telephonically supplement by Christina Lynn Catalano. (Rosenblum, Mark) (Entered: 11/17/2020) |
| 11/18/2020 | 51 | **ORDER granting 47 Motion as to Christina Lynn Catalano** |

| | | |
|---|---|---|
| | | (1); granting **48** Motion as to Christina Lynn Catalano (1). **Counsel may appear at the 11/20/20 status conference via telephone. See order for details. Signed by Judge John Antoon II on 11/18/2020. (counsel emailed) (AKC) (Entered: 11/18/2020)** |
| 11/19/2020 | 53 | MOTION for Michael Felicetta *to appear telephonically or in the alternative to substitute government counsel* by USA as to Christina Lynn Catalano, Joseph Samuel Catalano. (Felicetta, Michael) (Entered: 11/19/2020) |
| 11/19/2020 | 54 | **ORDER granting counsel for government's request to appear at the status conferences set for 11/20/20 telephonically -53 Motion to Appear Telephonically as to Christina Lynn Catalano (1), Joseph Samuel Catalano (2). See order for call in instructions. Signed by Judge John Antoon II on 11/19/2020.(counsel emailed) (AKC)** (Entered: 11/19/2020) |
| 11/19/2020 | 55 | RESPONSE in Opposition by USA as to Christina Lynn Catalano, Joseph Samuel Catalano re 49 MOTION to Modify Conditions of Release (Felicetta, Michael) (Entered: 11/19/2020) |
| 11/20/2020 | 57 | Minute Entry for proceedings held before Judge John Antoon II: STATUS Conference as to Christina Lynn Catalano, Joseph Samuel Catalano held on 11/20/2020. AUSA Michael Felicetta appeared by phone. Christine Bird appeared for Mark Rosenblum on behalf of Christina Catalano and Michael Nielsen appeared by phone on behalf of Joseph Catalano. Counsel advise the court that both defendants are scheduled for a change of plea on 11/30/20. Court will remove trial from December, 2020 trial term upon completion of the change of plea. (10:10 a.m. - 10:11 a.m. - total time: 1 minute) Court Reporter: Nikki L. Peters (courttranscripts@outlook.com) (AKC) (Entered: 11/20/2020) |
| 11/25/2020 | 61 | NOTICE of maximum penalty, elements of offense, personalization of elements and factual basis by USA as to Christina Lynn Catalano (Felicetta, Michael) (Entered: 11/25/2020) |
| 11/30/2020 | 63 | Minute Entry for proceedings held before Magistrate Judge Philip R. Lammens: Change of Plea Hearing as to Christina Lynn Catalano held on 11/30/2020. (DIGITAL) (MJT) |

| | | (Entered: 11/30/2020) |
|---|---|---|
| 11/30/2020 | 64 | CONSENT regarding entry of a plea of guilty as to Christina Lynn Catalano (MJT) (Entered: 11/30/2020) |
| 11/30/2020 | 65 | **REPORT AND RECOMMENDATIONS Concerning Plea of Guilty re: Counts 1 & 2 of the Indictment as to Christina Lynn Catalano. Signed by Magistrate Judge Philip R. Lammens on 11/30/2020. (MJT)** (Entered: 11/30/2020) |
| 12/01/2020 | 72 | NOTICE OF HEARING as to Christina Lynn Catalano: re: 65 REPORT AND RECOMMENDATIONS Concerning Plea of Guilty re: counts 1 & 2 of the Indictment as to Christina Lynn Catalano. Sentencing set for 2/19/2021 at 11:15AM in Ocala Courtroom 3 A before Judge John Antoon II. All Objections to the Pre-Sentence Report, Motions and memorandums pertaining thereto shall be in writing and filed no later than three (3) days prior to the sentencing hearing. Sentencing memorandum(s) must be filed at least five (5) work days prior to the scheduled sentencing date. Counsel is to notify the Courtroom Deputy Clerk (Anita_Chenevert@flmd.uscourts.gov) as soon as possible if they believe the sentencing will be longer than 30 minutes. Defendant's presence is required at the hearing. Case is removed from the December 2020 trial term. (counsel emailed) (AKC) (Entered: 12/01/2020) |
| 12/03/2020 | 76 | **ORDER as to Christina Lynn Catalano: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Judge Timothy J. Corrigan on 12/1/2020. (LMF)** (Entered: 12/03/2020) |
| 12/14/2020 | 79 | Unopposed MOTION to Modify Conditions of Release by Christina Lynn Catalano. (Rosenblum, Mark) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 12/14/2020) |
| 12/15/2020 | 80 | ACCEPTANCE OF PLEA of guilty and adjudication of guilt re: Counts One and Two of the Indictment as to Christina Lynn Catalano. Signed by Judge John Antoon II on 12/15/2020. (counsel emailed) (AKC) (Entered: 12/15/2020) |
| | | |

| 12/16/2020 | 82 | **ENDORSED ORDER granting 79 Motion to Modify Conditions of Release as to Christina Lynn Catalano (1). Without objection the motion to modify Ms. Catalano's bond condition from home confinement to a curfew requiring her to be in her home from 10:00 pm to 6:00 am is GRANTED and the bond condition so modified. Signed by Magistrate Judge Philip R. Lammens on 12/16/2020. (MJT)** (Entered: 12/16/2020) |
|---|---|---|
| 02/11/2021 | 98 | SENTENCING MEMORANDUM by Christina Lynn Catalano (Attachments: # 1 Exhibit Letter from Lanette McKinley, # 2 Exhibit Discharge Summary)(Rosenblum, Mark) (Entered: 02/11/2021) |
| 02/12/2021 |  | Arrest of Christina Lynn Catalano on 2/12/2021 (CAH) (Entered: 02/12/2021) |
| 02/12/2021 | 103 | ***CJA 23 Financial Affidavit by Christina Lynn Catalano. (CAH) (Entered: 02/12/2021) |
| 02/12/2021 | 104 | ORAL MOTION to Appoint Counsel by Christina Lynn Catalano. (CAH) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 02/12/2021) |
| 02/12/2021 | 105 | ORAL MOTION for Detention by USA as to Christina Lynn Catalano. (CAH) (Entered: 02/12/2021) |
| 02/12/2021 | 106 | ORAL MOTION to Modify Conditions of Release by Christina Lynn Catalano. (CAH) Motions referred to Magistrate Judge Philip R. Lammens. (Entered: 02/12/2021) |
| 02/12/2021 | 107 | Minute Entry for In Person proceedings held before Magistrate Judge Elizabeth A. Jenkins. ORAL ORDER granting 104 ORAL MOTION to Appoint Counsel, Nicole Valdes Hardin for Christina Lynn Catalano (1). Bond Revocation Hearing as to Christina Lynn Catalano held on 2/12/2021. (DIGITAL) (CAH) (Entered: 02/12/2021) |
| 02/16/2021 | 110 | **ORDER OF REMOVAL pursuant to Rule 32.1 to the Middle District of Florida Ocala Division as to Christina Lynn Catalano. Signed by Magistrate Judge Elizabeth A. Jenkins on 2/16/2021. (ABC)** (Entered: 02/16/2021) |
| 02/17/2021 | 111 | Minute Entry for Virtual proceedings held before Magistrate Judge Philip R. Lammens: Show Cause Hearing on Violations of Pretrial Release (Bond Revocation Hearing) as to Christina Lynn Catalano held on 2/17/2021. (DIGITAL) (MJT) (Entered: |

| | | |
|---|---|---|
| | | 02/18/2021) |
| 02/17/2021 | <u>112</u> | **ORDER Revoking Conditions of Release(or bond) as to Christina Lynn Catalano. Signed by Magistrate Judge Philip R. Lammens on 2/17/2021. (MJT)** (Entered: 02/18/2021) |
| 02/19/2021 | <u>113</u> | Minute Entry for In Person proceedings held before Judge John Antoon II: SENTENCING held on 2/19/2021 for Christina Lynn Catalano (1), Counts 1 and 2: Incarceration: 30 months on each of Counts One and Two all such terms to run concurrently; Supervised release: 5 years as to Count One and 3 years as to Count Two (all such terms to run concurrently) with following special conditions: participate in drug treatment, participate in mental health treatment; credit conditions imposed; cooperate in DNA collection; drug testing imposed; fine is waived; restitution: $18,985.80 payable to clerk for distribution to FEMA. Unicor payment schedule while in custody and $100 per month upon release: Special assessment $200 ($100 per count); remanded to custody of US Marshal; appeal rights given; court will strongly recommend that the defendant be incarcerated at a facility which will provide her both mental health and drug treatment. Court Reporter: Nikki L. Peters (AKC) (Entered: 02/19/2021) |
| 02/19/2021 | <u>115</u> | **JUDGMENT as to Christina Lynn Catalano (1), Counts 1 and 2 Incarceration: 30 months (on each of Counts One and Two to run concurrent); Supervised release: 5 years on Count One and 3 years on Count Two (all such terms to run concurrent) with following special conditions: participate in drug treatment, participate in mental health treatment; credit conditions imposed; cooperate in DNA collection; drug testing imposed; fine is waived; restitution: $18,985.80 payable to clerk for distribution to FEMA. Unicor payment schedule while in custody and $100 per month upon release: Special assessment $200 ($100 per count); remanded to custody of US Marshal; appeal rights given; court will strongly recommend that the defendant be incarcerated at a facility which will provide her both mental health and drug treatment. Signed by Judge John Antoon II on 2/19/2021.** (counsel emailed)(AKC) (Entered: 02/19/2021) |
| 02/19/2021 | <u>117</u> | Arrest Warrant Returned Executed on 2/12/2021 as to Christina Lynn Catalano. (LAB) Modified on 3/2/2021 (MJT). (Entered: 02/19/2021) |

| 03/05/2021 | 120 | NOTICE OF APPEAL by Christina Lynn Catalano re 115 Judgment. Filing fee not paid (Rosenblum, Mark) (Entered: 03/05/2021) |
|---|---|---|

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

     v.

                                CASE NO. 5:20-cr-40-Oc-28PRL
                                      18 U.S.C. § 1040
CHRISTINA LYNN CATALANO               18 U.S.C. § 1001
JOSEPH SAMUEL CATALANO

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Between on or about September 15, 2017, and November 20, 2017, in

the Middle District of Florida, and elsewhere, the defendant,

### CHRISTINA LYNN CATALANO,

knowingly made a materially false, fictitious, and fraudulent statement and

representation, in any matter involving any benefit authorized, transported,

transmitted, transferred, disbursed, and paid, in and affecting interstate

commerce, said benefit being a record, voucher, payment, money, and thing

of value of the United States and of the Federal Emergency Management

Agency (FEMA), a department and agency of the United States, in connection

with a major disaster declaration under Title 42 of the United States Code, in

that the defendant made a fraudulent application for assistance from FEMA's Individuals and Households Program for Hurricane Irma in which the defendant falsely represented the existence and location of her primary residence.

In violation of 18 U.S.C. § 1040.

### COUNT TWO

On or about January 31, 2020, in the Middle District of Florida, and elsewhere, the defendants,

**CHRISTINA LYNN CATALANO,**
and
**JOSEPH SAMUEL CATALANO,**

did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the Executive Branch of the Government of the United States by making false statements to an agent of the U.S. Department of Homeland Security, Office of Inspector General, that CHRISTINA LYNN CATALANO lived in a travel trailer that was destroyed by Hurricane Irma. The statements and representations were false because, as CHRISTINA LYNN CATALANO and JOSEPH SAMUEL CATALANO then and there knew, there was no such

2

travel trailer and the alleged damage from Hurricane Irma was fabricated in order to defraud the Government.

In violation of 18 U.S.C. § 1001(a)(2).

A TRUE BILL,

Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Michael P. Felicetta
Assistant United States Attorney

By: _____
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

3

Case 5:20-cr-00040-JA-PRL   Document 1   Filed 06/17/20   Page 4 of 4   PageID 4

No. 19-2-104

# UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

CHRISTINA LYNN CATALANO, et.al.

## INDICTMENT

Violations:   18 U.S.C. § 1040
              18 U.S.C. § 1001

A true bill,

_____
Foreperson

Filed in open court this 17th day

of June, 2020.

_____
Clerk

Bail $ _____

FORM OBD-34
June 20

GPO 863 525

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No.: 5:20-cr-40-JA-PRL

CHRISTINA LYNN CATALANO
_____/

## ORDER REVOKING DEFENDANT'S RELEASE

This case came before the Court on February 17, 2021. After the arrest of the

Defendant in the Tampa division on a warrant issued by the Court on the Petition for

Action on Conditions of Pretrial Release. (Doc. 92).

Defendant was arrested on February 12, 2021 and appeared in the Tampa division.

After being advised of the charges in the Petition, the Defendant, both directly and through

counsel, admitted the violations in the Petition. The Government requested to revoke her

pretrial release. The Defendant requested to remain on bond and modify conditions of her

release. An order of temporary detention was entered and the defendant was transported to

the Ocala division.

On February, 17, 2021, the show cause hearing on the defendant's violation of

pretrial release resumed. The government maintained it's position to revoke the defendant's

bond and the Defendant consented to revocation. Accordingly, pursuant to 18 U.S.C. §

3148, the Court finds that Defendant's bond must be revoked and the Court's Order Setting

Conditions of Release must be vacated.  It is therefore,

**ORDERED:**

The Petition for Action on Conditions of Bond Release (Doc. 92) is **GRANTED.** The previously entered Order Setting Conditions of Release (Doc. 12, 40, 43, 82) is **VACATED** and the Appearance and Compliance Bond (Doc. 11) is **REVOKED.** Defendant is remanded to custody of the United States Marshal for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**DONE AND ORDERED** in Ocala, Florida on February 17, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to:

Counsel of Record
United States Marshal
United States Pretrial

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

UNITED STATES OF AMERICA

v

Case Number: **5:20-cr-40-JAPRL**

**CHRISTINA LYNN CATALANO**

USM Number: **73812-018**

Mark Rosenblum, FPD
200 West Forsyth Street, Suite 1240
Jacksonville, Florida 32202

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Counts One and Two of the Indictment. The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 18 U.S.C. § 1040 | Disaster Assistance Fraud | November 20, 2017 | One |
| 18 U.S.C. § 1001(a)(2) | Making a False Statement to a Federal Agency | January 31, 2020 | Two |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

February 19, 2021

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

February ___, 2021

AO 245B (Rev. 09/19) Judgment in a Criminal Case

Christina Lynn Catalano
5:20-cr-40-JAPRL

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned **for a total term of 30 MONTHS.** This term consists of a term of 30 months as to Count One and a term of 30 months as to Count Two, all such terms to run concurrently.

The Court **strongly** recommends to the Bureau of Prisons that the defendant receive mental health treatment and drug treatment while she is incarcerated and that she be placed at a facility which offers such treatments.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

Christina Lynn Catalano
5:20-cr-40-JAPRL

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release **for a term of 5 years.** This term consists of a term of 5 years as to Count One and a term of 3 years as to Count Two, all such terms to run concurrently.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.
4. You must cooperate in the collection of DNA as directed by the probation officer.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

The defendant shall also comply with the additional conditions as follows.

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame. After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when the defendant must report to the probation officer, and the defendant must report to the probation officer as instructed.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

AO 245B (Rev. 09/19) Judgment in a Criminal Case

7.   You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

8.   You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

9.   If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within **72 hours.**

10.   You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

11.   You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

12.   If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.

13.   You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature:_____        Date:_____

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

1.   The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon completion of this program, the defendant is directed to submit to random drug testing.

2.   The defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

Christina Lynn Catalano
5:20-cr-40-JAPRL

3.   The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases without approval of the probation officer. The defendant shall provide the probation officer access to any requested financial information.

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth in the Schedule of Payments.

|  | Assessment | Restitution | Fine | AVAA Assessment[1] | JVTA Assessment[2] |
|---|---|---|---|---|---|
| TOTALS | $200.00 Due Immediately | $18,985.80 | Waived | Not Applicable | Not Applicable |

The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | Total Loss[3] | Restitution Ordered | Priority of percentage |
|---|---|---|---|
| Federal Emergency Management Agency Post Office Box 6200-16 Portland, Oregon 97228-6200 | $18,985.80 | $18,985.80 | 100% |

## SCHEDULE OF PAYMENTS

While in the custody of the Bureau of Prisons, the defendant shall either (1) pay at least $25.00 quarterly if working non-Unicor or (2) pay at least 50 percent of his or her monthly earnings if working in a Unicor position. Upon release from custody, the defendant is ordered to begin making payments of $100.00 per month and this payment schedule shall continue until such time as the Court is notified by the defendant, the victim or the government that there has been a material change in the ability to pay. **The Court finds that the defendant does not have the ability to pay interest and the Court waives the interest requirement for the restitution.**

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk, U.S. District Court, unless otherwise directed by the court, the probation officer, or the United States attorney.

[1] Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
[2] Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
[3] Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19) Judgment in a Criminal Case

Christina Lynn Catalano
5:20-cr-40-JAPRL

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).