```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          OCALA DIVISION

                  Case No.:  5:20-CR-40-JA-PRL


    UNITED STATES OF AMERICA,


             Plaintiff,              Ocala, Florida
                                     November 20, 2020
                  v.                 10:08 a.m. - 10:10 a.m.

    CHRISTINA LYNN CATALANO,
    SAMUEL JOSEPH CATALANO,

             Defendants.
    _____/



                 TRANSCRIPT OF STATUS CONFERENCE
                BEFORE THE HONORABLE JOHN ANTOON II
                    UNITED STATES DISTRICT JUDGE



    APPEARANCES:


    Counsel for the Government:   (telephonically)

             Michael Felicetta
             United States Attorney's Office
             35 SE 1st Avenue
             Suite 300
             Ocala, Florida  34471


    Counsel for Defendant Christina Lynn Catalano:

             Christine Nan Bird
             Federal Public Defender's Office
             201 SW 2nd Street
             Suite 102
             Ocala, Florida  34471
```

1 | **APPEARANCES: (continuing)**

2 | **Counsel for Defendant Samuel Joseph Catalano: (telephonically)**

3 | Michael William Nielsen
Nielsen Law Firm
4 | 720 West State Road 434
Winter Springs, Florida   32708

7 | Court Reporter:      Nikki L. Peters, RPR, CRR, CRC
Federal Official Court Reporter
8 | 401 West Central Boulevard, Suite 4600
Orlando, Florida   32801
9 | courttranscripts@outlook.com

Proceedings recorded by mechanical stenography.
11 | Transcript produced by Computer-Aided Transcription.

12 | **INDEX OF PROCEEDINGS**

13 | **PAGE**
Certificate of Reporter                                          4

*United States District Court*
*Middle District of Florida*

```
 1                    P R O C E E D I N G S
 2            THE COURT:  The next matter is United States of
 3   America v. Christina Lynn Catalano and Joseph Samuel Catalano.
 4   It's not Catalano -- well, is it Catalano or Catlano?
 5            MS. BIRD:  I think it's Catalano.  I'm not sure.
 6            THE COURT:  Catalano.  Case No. 5:20-cr-40-Oc-28PRL.
 7            Can counsel announce their appearances for the
 8   record?
 9            MR. FELICETTA:  Michael Felicetta on behalf of the
10   Government.
11            MS. BIRD:  And Christine Bird.  I'm standing in for
12   Mark Rosenblum from my office on behalf of Mrs. Catlano.
13            THE COURT:  And there's a change of plea --
14            MR. NIELSEN:  Good morning.
15            THE COURT:  -- already set.
16            I'm sorry.  Who else is --
17            MR. NIELSEN:  This is (inaudible) Joseph Catlano.
18            THE COURT:  Mr. Rosenblum -- I'm sorry.  Mr. Nielsen?
19            MR. NIELSEN:  Yes, sir.
20            THE COURT:  Can you speak up a little louder?  We're
21   having a hard time hearing you here.
22            MR. NIELSEN:  Yes, sir.  Is this better, Your Honor?
23            THE COURT:  Much better.
24            MR. NIELSEN:  I'm on behalf of Joseph Catalano, the
25   codefendant.
```

1      **THE COURT:**  Okay.  There's been a change of plea
2   already set; is that right?
3      **MS. BIRD:**  That's correct, Your Honor.
4      **MR. NIELSEN:**  Yes, sir.  We have November 30th, in
5   the morning, for a change of plea in front of the magistrate.
6      **THE COURT:**  Sounds good.  Thank you very much.  Have
7   a good day, a good weekend.
8      **MR. NIELSEN:**  All right.  Thank you, sir.  Thank you
9   for allowing me to appear by phone.  I appreciate it.
10     **THE COURT:**  It was a good idea.  I encourage that
11  these days.
12     **MR. NIELSEN:**  (Inaudible).  I do appreciate it, sir.
13     **THE COURT:**  You have a good weekend.
14     **MR. NIELSEN:**  All right.  You too, Your Honor.  Thank
15  you, sir.
16     (Proceedings adjourned at 10:10 a.m.)
17                    **C E R T I F I C A T E**
18     I certify that the foregoing is a correct transcript
19  from the record of proceedings in the above-entitled matter.
20
21  April 21, 2021
22
23     s\  Nikki L. Peters
    Nikki L. Peters, RPR, CRR, CRC
24  Federal Official Court Reporter
    United States District Court
25  Middle District of Florida

*United States District Court*
*Middle District of Florida*