# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 27, 2021

Anne Frances Borghetti
Law Offices of Anne Borghetti
12211 49TH ST N STE 1
CLEARWATER, FL 33762

Appeal Number: 21-10759-JJ
Case Style: USA v. Christina Catalano
District Court Docket No: 5:20-cr-00040-JA-PRL-1

Party To Be Represented: CHRISTINA LYNN CATALANO

Dear Counsel:

We are pleased to advise that you have been appointed to represent on appeal the indigent litigant named above. This work is comparable to work performed pro bono publico. The fee you will receive likely will be less than your customary one due to limitations on the hourly rate of compensation contained in the Criminal Justice Act (18 U.S.C. § 3006A), and consideration of the factors contained in Addendum Four § (g)(1) of the Eleventh Circuit Rules.

Supporting documentation and a link to the CJA eVoucher application are available on the internet at http://www.ca11.uscourts.gov/attorney-info/criminal-justice-act. **For questions concerning CJA eVoucher please contact our CJA Team by email at cja_evoucher@ca11.uscourts.gov or phone 404-335-6167.** For all other questions, please call the "Reply To" number shown below.

Every motion, petition, brief, answer, response and reply filed must contain a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). Appellants/Petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court; Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after the case or appeal is docketed in this court, regardless of whether appellants/petitioners have filed a CIP. See FRAP 26.1 and 11th Cir. R. 26.1-1.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also complete the court's web-based CIP at the Web-Based CIP link on the court's website. Pro se

filers (except attorneys appearing in particular cases as pro se parties) are **not required or authorized** to complete the web-based CIP.

Your claim for compensation under the Act should be submitted within 60 days after issuance of mandate or filing of a certiorari petition. We request that you enclose with your completed CJA Voucher one additional copy of each brief, petition for rehearing, and certiorari petition which you have filed. Please ensure that your voucher includes a detailed description of the work you performed. Thank you for accepting this appointment under the Criminal Justice Act.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tiffany A. Tucker, JJ
Phone #: (404)335-6193

CJA-1 Appointment of Counsel Letter

| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **To:** | FLMD_EFILE_APPEALS |
| **Subject:** | 21-10759-JJ USA v. Christina Catalano "CJA Appointment Issued" (5:20-cr-00040-JA-PRL-1) |
| **Date:** | Friday, August 27, 2021 10:44:37 AM |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was entered on 08/27/2021 at 10:42:19 AM Eastern Daylight Time and filed on 08/26/2021

**Case Name:**   USA v. Christina Catalano
**Case Number:**   21-10759
**Document(s):**   Document(s)

**Docket Text:**
CJA appointment issued by this court to Attorney Anne Frances Borghetti for Appellant Christina Lynn Catalano.

**Notice will be electronically mailed to:**

Anne Frances Borghetti, Attorney
Clerk - Middle District of Florida, Clerk of Court
Dawn A. Tiffin
U.S. Attorney Service - Middle District of Florida

**Notice sent via US Mail to:**

Christina Lynn Catalano
73812-018
Orange County Jail - Inmate Legal Mail
PO BOX 4970
ORLANDO, FL 32802

The following document(s) are associated with this transaction:
**Document Description:** CJA-1 Notice to Counsel/Parties
**Original Filename:** /opt/ACECF/live/forms/ReginaVeals-Gillis_2110759_9470749_CJA-1AppointmentofCounselLetter_236.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=08/26/2021] [FileNumber=9470749-0]
[3a4bd05a7f15bd52efbe4af3a69826a41cba58560acb9182acff9629cc071efc4b12cfe45735030a98ebfa15800522781a833f328d91356b77aacb4f050ca89d]]
**Recipients:**

- Anne Frances Borghetti, Attorney
- Christina Lynn Catalano
- Clerk - Middle District of Florida, Clerk of Court
- Dawn A. Tiffin
- U.S. Attorney Service - Middle District of Florida