AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America )<br>v. )<br>)<br>Joseph Samuel Catalano )<br>4234 Westwood Drive )<br>Holiday, Florida 34691 )<br>*Defendant* ) | Case No. 5:20-cr-40-JA-PRL |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☒ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of Court

| Place: | United States Courthouse<br>207 NW 2nd Street<br>Ocala, FL 34475 | Courtroom No.: | 1A |
|---|---|---|---|
| | | Date and Time: | November 8, 2021<br>at 11:00 am |

This offense is briefly described as follows:

See attached Petition.

Date: 10/22/21

*Issuing officer's signature*

ELIZABETH M. WARREN, CLERK OF COURT
*Printed name and title*

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: 10/26/2021

USPO
*Server's signature*

Timothy R. Agard, USPO
*Printed name and title*

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No.   5:20-cr-40-JA-PRL

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

### INFORMATION FOR SERVICE

Name of defendant/offender:   Joseph Samuel Catalano

Last known residence:   4234 Westwood Drive
Holiday, Florida 34691

Usual place of abode *(if different from residence address)*: _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

### PROOF OF SERVICE

This summons was received by me on *(date)*   10/25/2021 .

☑ I personally served the summons on this defendant   Joseph Samuel Catalano   at
*(place)* 4014 Gunn Hwy Ste 250 Tampa FL 33618 on *(date)*   10/26/2021 ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode
with *(name)* _____ , a person of suitable age and discretion who resides
there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____ ,
who is authorized to receive service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ and I mailed a copy to
the organization's last known address within the district or to its principal place of business elsewhere in the United
States; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned:   10/26/2021

Server's signature: [signature] USPO

Printed name and title: Timothy R. Agard, USPO

Remarks: