IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.         5:20-cr-40-JA-PRL

JOSEPH SAMUEL CATALANO,
    Defendant.

AUSA: Michael Felicetta
Deft. Atty.: Michael Nielsen (CJA)

| JUDGE | Philip R. Lammens | DATE AND TIME | November 8, 2021<br>11:06 am – 11:42 am<br>36 minutes |
|---|---|---|---|
| DEPUTY CLERK | M. Taylor | TAPE/REPORTER | DIGITAL |
| INTERPRETER | Not Required | PRETRIAL/PROBATION: | Timothy Agard |

**CLERK'S MINUTES – INITIAL APPEARANCE
ON VIOLATION OF PROBATION**

Defendant appearing via a summons on a Petition for Warrant or Summons for Offender Under Probation.

Defendant advised of rights, charges, penalties, etc.

Defendant requests court-appointed counsel. Based on the financial affidavit completed by defendant and/or a financial inquiry, the Court appoints Michael Nielsen, Criminal Justice Act Attorney with reimbursement upon filing by U.S. Attorney. **ORDER TO ENTER.**

Defendant waives right to a preliminary hearing.

Government orally moves for detention and prepared to go forward.

Defendant requests bond and is prepared to go forward.

Government proffers.

Defendant responds.

Defendant Witness: Joseph Samuel Catalano

Defendant Exhibits: 1

Court finds that the defendant failed to rebut the presumption and denies the request for bond and grants the Government's motion for detention. Defendant is remanded to the custody of the U.S. Marshals.

Defense counsel will notify the Magistrate Judge Courtroom Deputy if the final revocation hearing will be contested or if a final revocation hearing will be scheduled before the magistrate judge.

**FILED IN OPEN COURT**:
Financial Affidavit
Waiver of Preliminary Hearing