**U.S. District Court**
**Middle District of Florida**
**Ocala Division**

## DEFENDANT EXHIBIT

Exhibit No.: 1

Case No.: 5:20-CR40-JA-PRL

UNITED STATES OF AMERICA

vs.

JOSEPH CATALANO

Date Identified: 11-8-21

Date Admitted: 11-8-21

*Sober Solutions Counseling, Inc.*
*8056 Old County Road 54*
*New Port Richey, Florida  34653*
Phone: 727-372-2010  Fax: 727-372-2090

Date:          November 5, 2021

Regarding:     Joseph Catalano

To:            Timothy R. Agard
               United States Probation Officer
               Middle District of Florida

From:          Frank L. Sassatelli C.A.P.
               Clinical Director
               Sober Solutions Counseling, Inc.

Tim:

I am writing on behalf of Joseph Catalano.
As you know, Joseph has been attending individual treatment sessions with Sober Solutions Counseling "off and on" for several months.

He has always attended all of his sessions and actively engaged in therapy. Last Wednesday, November 3, 2021, Joseph attended a group session with Sober Solutions for the first time. I saw in him, that day, some qualities that he had never displayed before as he discussed some issues with the group that he had never shared in his individual therapy sessions. He openly spoke about his lengthy past, patterned, problematic history of drug use as well the trauma which he experienced when he was assaulted by his daughter. During the group therapy Mr. Catalano seemed even more willing to share his history than he had at times during our individual sessions. After seeing how Anthony engaged in group and how that kind of therapy seemed to be beneficial for him, I think that, should the Court deem it appropriate to allow him to remain out of custody, he be required to continue his individual therapy weekly but also to add group and sober support meeting attendance to his treatment plan.

One of the factors that has contributed to Joseph's use is his isolation. That is especially prevalent now with him on home confinement and with his wife in prison. I don't offer that as an excuse for his drug use or criminal behavior, but do think that he benefits greatly when he has verbal and emotional support from others who either have some long term recovery or are attempting to get sober themselves. The interaction with recovering people is of real benefit to him. This might be the component that has been absent from his treatment and that might allow him to get sober and maintain his sobriety. If he finds employment, continues to attend individual therapy and begins attending group sessions and sober support meetings regularly, it will allow him to remain active and stay engaged in a positive lifestyle. I think that would be key to assisting with "staying clean."

*Sober Solutions Counseling, Inc.*
*8056 Old County Road 54*
*New Port Richey, Florida  34653*
*Phone: 727-372-2010   Fax: 727-372-2090*

As you know, there is no way to guarantee that anyone will remain drug and alcohol free, but I feel that if Joseph is allowed to implement this type of treatment plan, it will give him the best opportunity for success.

If you have any questions or are in need of anything additional, feel free to contact me.

Sincerely,

Frank L. Sassatelli C.E.O., C.A.P.
Sober Solutions Counseling, Inc.
CC:  Attorney Michael Nielsen