# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                   5:20-cr-40-JA-PRL

JOSEPH SAMUEL CATALANO,
    Defendant.
_____

### ORDER APPOINTING COUNSEL

The Court has examined the defendant under oath and found him/her without sufficient resources within the meaning of Title 18, United States Code, Section 3006A to employ counsel. Criminal Justice Act attorney Michael William Nielsen is hereby appointed to represent the defendant. Mr. Nielsen, whose office is located in Winter Springs, is reminded that the district judges serving this division typically limit travel reimbursement to one hour per way.

The defendant may be required to reimburse the United States for the costs and expenses of appointed counsel and at the conclusion of these proceedings the United States may file a Motion for Reimbursement of Costs and Attorney's Fees, if it is deemed appropriate.

**DONE AND ORDERED** in Ocala, Florida, on this 8th day of November, 2021.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record