AO 468 (01/09) Waiver of Preliminary Hearing

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                    5:20-cr-40-JA-PRL

JOSEPH SAMUEL CATALANO,
    Defendant.

### WAIVER OF A PRELIMINARY HEARING

    I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

    I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

11-8-21
Date

*[Defendant's signature]*

*[Signature of defendant's attorney]*

MICHAEL NIELSEN   0794392
Printed name and bar number of defendant's attorney

720 WEST STATE Road, 434 WINTER SPNGS, FL
Address of defendant's attorney

NIELSENLAW@CFL.RR.COM
E-mail address of defendant's attorney

407-327-5865
Telephone number of defendant's attorney

407-327-0384
FAX number of defendant's attorney