IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                               5:20-cr-40-JA-PRL

JOSEPH SAMUEL CATALANO,
    Defendant.

AUSA: William Hamilton (for Michael Felicetta)
Deft. Atty.: Michael Nielsen (CJA)

| JUDGE | Philip R. Lammens | DATE AND TIME | November 30, 2021<br>2:38 pm – 2:49 pm<br>11 minutes |
|---|---|---|---|
| DEPUTY CLERK | Mari Jo Taylor | TAPE/REPORTER | DIGITAL |
| INTERPRETER | Not Required | PRETRIAL/PROBATION: | Timothy Agard |

**CLERK'S MINUTES – FINAL REVOCATION HEARING ON VIOLATIONS OF PROBATION**

Court advises the defendant of his rights.

Government summarizes the violations in the petition and advises of potential penalties.

Defendant admits the allegations in paragraphs 1, 2, 3, 4, 5 and 6 in the Petition.

**REPORT AND RECOMMENDATION** to enter.

Defendant remains in custody pending sentencing.

Sentencing on the Final Revocation will be set for December 16, 2021 at 9:00 am before Judge Antoon.