IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v().                                                                                             5:20-cr-40-JA-PRL

JOSEPH SAMUEL CATALANO,
    Defendant.
_____

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

Pursuant to Local Rule 1.02, on November 30, 2021, I conducted the Final Probation Revocation Hearing of the defendant on the Petition for Warrant or Summons for Offender Under Supervision filed October 21, 2021 by Probation Officer Timothy Agard.

In the Petition, Probation Officer Timothy Agard alleges the defendant was in violation of:

1. **Positive urinalysis for amphetamines on March 18, 2021, in violation of the mandatory conditions of supervision:** On March 18, 2021, the defendant provided a urine specimen, which was analyzed and yielded positive results for the presence of **amphetamines**. Further, on March 18, 2021, in a verbal statement and on March 23, 2021, in a written statement, the defendant admitted that he had used **methamphetamine** on March 18, 2021.

2. **Positive urinalysis for amphetamines on March 22, 2021, in violation of the mandatory conditions of supervision:** On March 22, 2021, the defendant provided a urine specimen, which was analyzed and yielded positive results for the presence of **amphetamines**.

3. **Positive urinalysis for amphetamines on April 1, 2021, in violation of the mandatory conditions of supervision:** On April 1, 2021, the defendant provided a urine specimen, which was analyzed and yielded positive results for the presence of **amphetamines**. Further, on April 13, 2021, in a verbal and written statement, the defendant admitted that he had used **methamphetamine** on April 1, 2021.

4. **Positive urinalysis for amphetamines on April 9, 2021, in violation of the mandatory conditions of supervision:** On April 9, 2021, the defendant provided a urine specimen, which was analyzed and confirmed positive results for the presence of **amphetamines.**

5. **Positive urinalysis for amphetamines on September 22, 2021, in violation of the mandatory conditions of supervision:** On September 22, 2021, the defendant provided a urine specimen, which was analyzed and yielded positive results for the presence of **amphetamines**.

Further, on September 24, 2021, in a verbal statement, the defendant admitted that he had used **methamphetamine** on September 21, 2021.

6. **Positive urinalysis for amphetamines on October 8, 2021, in violation of the mandatory conditions of supervision:** On October 8, 2021, the defendant provided a urine specimen, which was analyzed and yielded positive results for the presence of **amphetamines.**

The defendant admitted violating the Conditions as set forth in the Petition for Warrant or Summons for Offender Under Supervision.

Accordingly, the undersigned finds that the defendant has violated the terms of his probation and respectfully recommends that the Court enter an Order to Show Cause why his Probation should not be revoked.

The defendant is in custody of the U.S. Marshal pending sentencing.

Within 14 days after being served with a copy of the recommended disposition, a party may file written objections to the Report and Recommendation's factual findings and legal conclusions. See Fed. R. Civ. P. 72(b)(3); Fed. R. Crim. P. 59(b)(2); 28 U.S.C. § 636(b)(1)(B). A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.

Recommended in Ocala, Florida on this 30th day of November, 2021.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

District Judge
United States Probation Office
Counsel of Record