UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

vs

JOSEPH SAMUEL CATALANO

Case Number: 5:20-cr-40-JA-PRL

USM Number: 73813-018

Michael William Nielsen, CJA
720 W SR 434
Winter Springs, Florida 32708

JUDGMENT IN A CRIMINAL CASE
For Revocation of Supervised Release

The defendant admitted guilt to violation charge numbers: One, Two, Three, Four, Five, and Six of the term of supervision. The defendant is adjudicated guilty to these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| One | Positive Urinalysis for Amphetamines | March 18, 2021 |
| Two | Positive Urinalysis for Amphetamines | March 22, 2021 |
| Three | Positive Urinalysis for Amphetamines | April 1, 2021 |
| Four | Positive Urinalysis for Amphetamines | April 9, 2021 |
| Five | Positive Urinalysis for Amphetamines | September 22, 2021 |
| Six | Positive Urinalysis for Amphetamines | October 8, 2021 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

December 16, 2021

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

DECEMBER 16, 2021

AO 245D (Rev. 09/19) Judgment of Revocation in a Criminal Case

Joseph Samuel Catalano
5:20-cr-40-JA-PRL

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned **for a total term of 9 months.**

Upon successful completion of incarceration, defendant is released from further jurisdiction of this court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

AO 245D (Rev. 09/19) Judgment of Revocation in a Criminal Case