# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                           **CASE NO: 5:20-cr-40-JA-PRL**

**JOSEPH SAMUEL CATALANO**

| JUDGE | John Antoon, II<br>United States District Judge | COUNSEL FOR GOVERNMENT | Michael P. Felicetta |
|---|---|---|---|
| DEPUTY CLERK | Melanie L. Sanders | COUNSEL FOR DEFENDANT | Michael William Nielsen (CJA) |
| COURT REPORTER | Nikki Peters<br>courttranscripts@outlook.com | PROBATION | Timothy R. Agard |
| SCHEDULED DATE TIME<br>TIME IN COURT | December 16, 2021<br>09:09 am – 09:38 am<br>19 minutes | INTERPRETER | Not Required |

## CLERK'S MINUTES ON FINAL REVOCATION HEARING

Case called; appearances stated for the record.

Defendant sworn.

On November 30, 2021, the Defendant admitted guilt to violations One, Two, Three, Four, Five, and Six.

The Defendant is found to be in violation of Charges One, Two, Three, Four, Five, and Six of the Petition.

Petition to Revoke Supervision (Doc. No. 148) is GRANTED (Doc. No. 150).

Report and Recommendation (Doc. No. 166) is adopted, and Defendant is adjudicated guilty of the violations.

The Court finds that Defendant has violated the terms of supervised release. Defendant's term of supervised release is hereby revoked, and sentence is as follows:

    Imprisonment: 9 months

Upon successful completion of incarceration, defendant is released from further jurisdiction of this court.

Defendant is remanded to the custody of the U.S. Marshal.

Defendant advised of right to appeal.

Objections to the sentence imposed or the manner in which it has been pronounced:
- Government advises no objection.
- Defense advises no objection.