**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

Golden-Collum Memorial Federal Building & U.S. Courthouse
207 NW Second Street
Ocala, Florida 34475
(352) 369-4860

| Elizabeth M. Warren | Lisa Fannin |
|---|---|
| Clerk of Court | Division Manager |

May 11, 2022

To:  U.S. Department of State
     CA/PPT/L/LA
     44132 Mercure Circle
     PO Box 1243
     Sterling, VA 20166-1243

To Whom It May Concern:

Enclosed are two passports which are being transferred to your control for appropriate disposition.

Each of these was surrendered by order of the Court to the custody of the Clerk of the United States District Court for the Middle District of Florida, Ocala Division, as a condition of the defendant's release.  Although each of these cases was decided and/or closed, no defendant action has been initiated to retrieve the surrendered passport.  Accordingly, further retention of these passports by the Middle District of Florida is no longer required or appropriate.

| NAME | CASE # | PASSPORT # / COUNTRY |
|---|---|---|
| Joseph Samuel Catalano | 5:20-cr-40-JA-PRL | 482311620 / USA |
| Rosemary Freeman | 5:20-cr-47-RBD-PRL[1] | 482927312 / USA |

Please contact me at (352) 369-4861 if you have any questions.

Sincerely,

*M. Taylor*
M. Taylor, Deputy Clerk


c: Passport file

---

[1] Rosemary Freeman's case number initially reported to you incorrectly as 5:20-cr-46. Correct case number is 5:20-cr-47.