# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-10759

_____

UNITED STATES OF AMERICA,

                                                                      Plaintiff-Appellee,

*versus*

CHRISTINA LYNN CATALANO,

                                                                        Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 5:20-cr-00040-JA-PRL-1

_____

JUDGMENT

ISSUED AS MANDATE:  09/27/2022

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 27, 2022

Clerk - Middle District of Florida
U.S. District Court
207 NW 2ND ST
OCALA, FL 34475

Appeal Number: 21-10759-JJ
Case Style: USA v. Christina Catalano
District Court Docket No: 5:20-cr-00040-JA-PRL-1

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

2                                                                 21-10759

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: August 29, 2022

For the Court: DAVID J. SMITH, Clerk of Court

| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **To:** | FLMD_EFILE_APPEALS |
| **Subject:** | 21-10759-JJ USA v. Christina Catalano "Mandate Issued" (5:20-cr-00040-JA-PRL-1) |
| **Date:** | Tuesday, September 27, 2022 9:16:00 AM |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**United States Court of Appeals for the Eleventh Circuit**

**Notice of Docket Activity**

The following transaction was filed on 09/27/2022

**Case Name:** USA v. Christina Catalano
**Case Number:** 21-10759
**Document(s):** Document(s)

**Docket Text:**
Mandate issued as to Appellant Christina Lynn Catalano.

**Notice will be electronically mailed to:**

Anne F. Borghetti, Attorney
Clerk - Middle District of Florida, Clerk of Court
Dawn A. Tiffin
U.S. Attorney Service - Middle District of Florida

**Notice sent via US Mail to:**

Christina Lynn Catalano
73812-018
Orange County Jail - Inmate Legal Mail
PO BOX 4970
ORLANDO, FL 32802

The following document(s) are associated with this transaction:
**Document Description:** MDT-1 Notice to Counsel/Parties
**Original Filename:** /opt/ACECF/live/forms/LoisTunstall_2110759_9769374_MDT-1LetterIssuingMandate_288.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=09/27/2022] [FileNumber=9769374-1]
[4485133c1bfd21c9d78446296dae7dc865334a4ba9f98ea63ea6acb665f934793e1812cd5cd4135e8ad6160c63ec3c5d2f00b8b0eefcb93237b37c1c992a57b8]]
**Recipients:**

- Anne F. Borghetti, Attorney
- Christina Lynn Catalano
- Clerk - Middle District of Florida, Clerk of Court
- Dawn A. Tiffin
- U.S. Attorney Service - Middle District of Florida

**Document Description:** Mandate Issued
**Original Filename:** 10759jjmandate092722.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=09/27/2022] [FileNumber=9769374-0]
[118925e2999d5efad4094f1a5c67e5f564291e64ce7775f60c5e5a021cd571f0174d9a4e0e2730e1c1e7c926ce7be14a6cf562730a02ebd64f611b29360f310f]]